AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LINDSAY SMITH
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

THREE UNKNOWN MPD OFFICERS
and
THE DISTRICT OF COLUMBIA
Defendants.

CASE NUMBER:   06-CIV-01871 (HHK)

TO: (Name and address of Defendant)

Serve: DISTRICT OF COLUMBIA
Honorable Robert J. Spagnoletti
Attorney General for the District of Columbia
Office of the Attorney General
441 4th Street, NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Moustakas
Joshua Ian Rosenstein
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, D.C. 20001
(202) 346-4000 | (202) 346-4444 (fax)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 14 2006

CLERK  *[signature: Laura Chipley]*                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LINDSAY SMITH
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

THREE UNKNOWN MPD OFFICERS
and
THE DISTRICT OF COLUMBIA
Defendants.

CASE NUMBER: 06-CIV-01871 (HHK)

TO: (Name and address of Defendant)
DISTRICT OF COLUMBIA
Serve: Honorable Anthony A. Williams
Mayor of the District of Columbia
John A. Wilson Building
350 Pennsylvania Avenue, NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Moustakas
Joshua Ian Rosenstein
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, D.C. 20001
(202) 346-4000 | (202) 346-4444 (fax)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                        DEC 1 4 2006

CLERK  /s/ Laura Chipley                                              DATE
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lindsay Smith

vs.

Three Unknown MPD Officers and The District of Columbia

No. 06-CIV-01871 (HHK)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, ROBERT PROFFITT, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1955.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:35 pm on December 19, 2006, I served District of Columbia c/o Honorable Anthony A. Williams, Mayor of the District of Columbia at Office of the Secretary, John A. Wilson Building, 1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC 20001 by serving Tabitha Braxton, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    40
 HEIGHT-    5'6"
   HAIR-    BROWN
 WEIGHT-    135
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  12/20/06
              Date

ROBERT PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181304

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lindsay Smith

vs.

Three Unknown MPD Officers and The District of Columbia

No. 06-CIV-01871 (HHK)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:30 pm on December 19, 2006, I served District of Columbia c/o Honorable Robert J. Spagnoletti, Attorney General for the District of Columbia at Office of the Attorney General, 441 4th Street, NW, Suite 600 South, Washington, DC 20001 by serving Darlene Fields, authorized to accept. Described herein:

```
    SEX-     FEMALE
    AGE-     43
 HEIGHT-     5'6"
   HAIR-     BLACK
 WEIGHT-     150
   RACE-     BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   12/19/06  
            Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181308