AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LINDSAY SMITH )
        Plaintiff(s) )
                         ) **APPEARANCE**
                         )
              vs. )  CASE NUMBER   06-CIV-01871 (HHK)
THREE UNKNOWN MPD OFFICERS )
      and )
THE DISTRICT OF COLUMBIA )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __John Moustakas__ as counsel in this
                                           (Attorney's Name)

case for: __Lindsay Smith, Plaintiff__
                 (Name of party or parties)

January 4, 2007
Date

*[signature: John Moustakas]*
Signature

John Moustakas
Print Name

DC Bar# 422076
BAR IDENTIFICATION

901 New York Avenue, NW
Address

Washington, DC     20001
City     State     Zip Code

(202) 346-4000
Phone Number