# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-1871 (HHK) |
| ) | |
| THREE UNKNOWN MPD OFFICERS ) | |
| ) | |
| *and* ) | |
| ) | |
| THE DISTRICT OF COLUMBIA ) | |
| ) | |
| ) | |
| Defendants, ) | |
| ) | |

**CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendants District of Columbia (the "District"), hereby move this Court to enlarge the time by which they must file a pleading in response to the plaintiff's complaint by an additional forty-five (45) days.[1]

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On January 5, 2007, undersigned counsel consulted with plaintiff's counsel, Joshua Ian Rosenstein, who consented to the relief requested in this Motion.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

---

[1] Defendants do not waive any of their rights to proper service in the above styled matter, by filing this motion.

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSAY SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-1871 (HHK) |
| ) | |
| THREE UNKNOWN MPD OFFICERS ) | |
| ) | |
| *and* ) | |
| ) | |
| THE DISTRICT OF COLUMBIA ) | |
| ) | |
| ) | |
| Defendants, ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the Defendant District of Columbia an additional forty-five (45) days to file a responsive pleading to the plaintiff's complaint, because:

1. The plaintiff filed suit in the Superior Court of the District of Columbia on November 2, 2006, alleging, among other things, that she was denied his rights under the 4th, 5th, and 8th Amendments to the United States Constitution by the D.C. government while being detained at the Metropolitan Police Department's Third District. According to Plaintiff' Affidavit of Service, the District has until January 8, 2007, to file a pleading in response to her complaint.

2. The District will have to conduct a preliminary investigation of the allegations contained in the complaint before it can file an accurate responsive pleading. Because this case involves numerous claims against the District and unnamed MPD officers, the District believes additional time to conduct is required. Additionally, undersigned counsel will be in depositions for the majority of days in the first three weeks of January 2007.

3. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

4. The plaintiff will not be prejudiced by the granting of this Motion. The plaintiff's counsel has consented to an enlargement of forty-five (45) days, up to and including February 22, 2007, by which the District must file a responsive pleading.

WHEREFORE, for the reasons stated herein, and with the consent of the plaintiff, defendant District of Columbia requests that this Court expand the time to file a responsive pleading by forty-five (45) days, up to and including February 22, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

/s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

/s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.

---

[2] Rule 6(b) lists certain exceptions––Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)––none of which are applicable herein.

2

        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6600
        (202) 727-3625 (fax)
        E-mail: James.Vricos@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSAY SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-1871 (HHK) |
| ) | |
| THREE UNKNOWN MPD OFFICERS ) | |
| ) | |
| *and* ) | |
| ) | |
| THE DISTRICT OF COLUMBIA ) | |
| ) | |
| ) | |
| Defendants, ) | |
| ) | |

**ORDER**

Based on the defendant's consent motion and the facts and law considered, it is this ____

day of _____ 2007,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a responsive pleading to the

Complaint no later than February 22, 2007.

_____
Judge Henry H. Kennedy
United States District Court

4