IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY SMITH )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>THREE UNKNOWN MPD OFFICERS )<br>)<br>*and* )<br>)<br>THE DISTRICT OF COLUMBIA )<br>)<br>)<br>  Defendants, )<br>_____) | Civil No. 06-1871 (HHK) |

**CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendants District of Columbia (the "District"), hereby move this Court to enlarge the time by which they must file a pleading in response to the plaintiff's complaint by an additional twenty-one (21) days.[1]

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On February 21, 2007, undersigned counsel consulted with plaintiff's counsel, Joshua Ian Rosenstein, who consented to the relief requested in this Motion.

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Acting Attorney General for the
                                        District of Columbia

---

[1] Defendants do not waive any of their rights to proper service in the above styled matter, by filing this motion.

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

/s/
---
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

/s/
---
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSAY SMITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THREE UNKNOWN MPD OFFICERS )<br>)<br>*and* )<br>)<br>THE DISTRICT OF COLUMBIA )<br>)<br>)<br>Defendants, )<br>) | Civil No. 06-1871 (HHK) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the Defendant District of Columbia an additional twenty-one (21) days to file a responsive pleading to the plaintiff's complaint, because:

1. The plaintiff filed her complaint on November 2, 2006, alleging, among other things, that she was denied his rights under the 4th, 5th, and 8th Amendments to the United States Constitution by the D.C. government while being detained at the Metropolitan Police Department's Third District.

2. On January 8, 2007, the District filed it Consent Motion for Extension of Time to File a Pleading in Response to the Plaintiff's Complaint requesting an additional forty-five days to respond. (Docket entry # 4). That motion is currently pending.

3. The District will have to complete a preliminary investigation of the allegations contained in the complaint before it can file an accurate responsive pleading. Because this case involves

numerous claims against the District and unnamed MPD officers, the District believes that additional time to complete this investigation is required.

4. Additionally, due to the recent inclement weather, undersigned counsel has been way from the office.

5. Undersigned attorney has consulted with counsel for the plaintiff and informed him that the District anticipates filing a motion to dismiss the complaint.

6. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

7. The plaintiff will not be prejudiced by the granting of this Motion. Plaintiff's counsel has consented to an enlargement of twenty-one (21) days, up to and including March 15, 2007, by which the District must file a responsive pleading.

WHEREFORE, for the reasons stated herein, and with the consent of the plaintiff, defendant District of Columbia requests that this Court expand the time to file a responsive pleading by twenty-one (21) days, up to and including March 15, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

---

[2] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

2

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil Litigation Division

        _____/s/_____
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Sec. III

        _____/s/_____
        JAMES H. VRICOS [474026]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6600
        (202) 727-3625 (fax)
        E-mail: James.Vricos@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSAY SMITH )<br>)<br>　　　Plaintiff, )<br>)<br>　　v. ) Civil No. 06-1871 (HHK)<br>)<br>THREE UNKNOWN MPD OFFICERS )<br>)<br>*and* )<br>)<br>THE DISTRICT OF COLUMBIA )<br>)<br>)<br>　　　Defendants, )<br>_____) | |

**ORDER**

Based on the defendant's consent motion and the facts and law considered, it is this ____ day of _____ 2007,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a responsive pleading to the Complaint no later than March 15, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Henry H. Kennedy
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

4