## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1871 (HHK) |
| | ) |
| THREE UNKNOWN MPD OFFICERS | ) |
| | ) |
| *and* | ) |
| | ) |
| THE DISTRICT OF COLUMBIA | ) |
| | ) |
| | ) |
| Defendants, | ) |
| | ) |

### CONSENT MOTION TO ENLARGE TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO THE DISTRICT OF COLUMBIA'S MOTION TO DISMISS

Defendants District of Columbia (the "District"), hereby move this Court to extend the time by which they may file a reply to the plaintiff's opposition to the District's Motion to Dismiss the Plaintiff's Complaint or Alternatively for Summary Judgment ("Motion to Dismiss") up to and including April 19, 2007.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On March 30, 2007, undersigned counsel consulted with plaintiff's counsel, Joshua Ian Rosenstein, who consented to the relief requested in this Motion.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division


      /s/
—————————————————————
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III


      /s/
—————————————————————
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSAY SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1871 (HHK) |
| | ) |
| THREE UNKNOWN MPD OFFICERS | ) |
| | ) |
| *and* | ) |
| | ) |
| THE DISTRICT OF COLUMBIA | ) |
| | ) |
| | ) |
| Defendants, | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE A REPLY TO
PLAINTIFF'S OPPOSITION TO THE DISTRICT OF COLUMBIA'S MOTION TO
DISMISS**

Defendants District of Columbia (the "District"), hereby move this Court to extend the

time by which they may file a reply to the plaintiff's opposition to the District's Motion to

Dismiss up to and including April 19, 2007, because:

1. The plaintiff filed suit in the Superior Court of the District of Columbia on November 2,

   2006, alleging, among other things, that she was denied his rights under the 4th, 5th, and 8th

   Amendments to the United States Constitution by the D.C. government while being detained

   at the Metropolitan Police Department's Third District.

2. On March 15, 2007, the District of Columbia filed its Motion to Dismiss.[1]

3. On March 29, 2007, plaintiff filed her opposition to the District's Motion to Dismiss.

---

[1] Plaintiff twice graciously consented to enlargements of time to allow the District to complete its Motion.
Plaintiff's counsel has advised the undersigned that plaintiff will not likely consent to any additional
enlargement associated with the District's Motion to Dismiss.

4.  Undersigned counsel currently has several pleadings due in unrelated cases in both the

District of Columbia Superior Court and the United States District Court, and therefore

respectfully requests an additional week to complete a reply brief.

5.  Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties

additional time to come into compliance with any deadline imposed by other enumerated

rules.[2]  The Court has wide discretion to grant such motions.  *In re Buckingham Super*

*Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976).  Given the facts discussed in the Motion, the

District urges this Court to grant such an extension herein.

6.  The plaintiff will not be prejudiced by the granting of this Motion.  The plaintiff's counsel

has consented to an extension to the District's Reply due date of up to and including April

19, 2007.

WHEREFORE, for the reasons stated herein, and with the consent of the plaintiff,

defendant District of Columbia requests that this Court extent the time to file a reply brief to the

plaintiff's opposition to the District's Motion to Dismiss of up to and including April 19, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]

---

[2] Rule 6(b) lists certain exceptions––Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)––none of which are applicable herein.

2

Chief, General Litigation Sec. III

_____/s/_____

JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSAY SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1871 (HHK) |
| | ) |
| THREE UNKNOWN MPD OFFICERS | ) |
| | ) |
| *and* | ) |
| | ) |
| THE DISTRICT OF COLUMBIA | ) |
| | ) |
| | ) |
| Defendants, | ) |
| | ) |

**ORDER**

Based on the defendant's consent motion and the facts and law considered, it is this _____

day of _____ 2007,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a reply brief to the plaintiff's

opposition the District's Motion to Dismiss no later than April 19, 2007.


_____
Judge Henry H. Kennedy
United States District Court

4