**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSAY SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1871 (HHK) |
| | ) |
| THREE UNKNOWN MPD OFFICERS | ) |
| | ) |
| *and* | ) |
| | ) |
| THE DISTRICT OF COLUMBIA | ) |
| | ) |
| | ) |
| Defendants, | ) |
| | ) |

**DISTRICT OF COLUMBIA'S MOTION TO ENLARGE TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO THE DISTRICT OF COLUMBIA'S MOTION TO DISMISS**

Defendants District of Columbia (the "District") hereby move this Court to extend the time by which they may file a reply to the plaintiff's opposition to the District's Motion to Dismiss the Plaintiff's Complaint, or Alternatively for, Summary Judgment ("Motion to Dismiss") up to and including April 25, 2007.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On April 19, 2007, undersigned counsel consulted with plaintiff's counsel, Joshua Ian Rosenstein, who did not consent to the relief requested in this Motion.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division


_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III


_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSAY SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1871 (HHK) |
| | ) |
| THREE UNKNOWN MPD OFFICERS | ) |
| | ) |
| *and* | ) |
| | ) |
| THE DISTRICT OF COLUMBIA | ) |
| | ) |
| | ) |
| Defendants, | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A REPLY TO PLAINTIFF'S
OPPOSITION TO THE DISTRICT OF COLUMBIA'S MOTION TO DISMISS**

Defendants District of Columbia (the "District") hereby move this Court to extend the time
by which they may file a reply to the plaintiff's opposition to the District's Motion to Dismiss up
to and including April 25, 2007, because:

1. The plaintiff filed suit in this Court on November 2, 2006, alleging, among other things, that
   she was denied her rights under the 4th, 5th, and 8th Amendments to the United States
   Constitution by the D.C. government while being detained at the Metropolitan Police
   Department's Third District.

2. On March 15, 2007, the District of Columbia filed its Motion to Dismiss.

3. On March 29, 2007, plaintiff filed her opposition to the District's Motion to Dismiss.

4. With the consent of the parties, on April 4, 2007, the Court issued its minute order granting
   the District an enlargement of the time period to file a reply to plaintiff opposition of up to an
   including April 19, 2007.

5.  Undersigned counsel is currently attempting to comply with several due dates for dispositive motions in unrelated cases in both the District of Columbia Superior Court and the United States District Court. The undersigned counsel has made diligent efforts to complete and file the District's reply brief by April 19, 2007. However, plaintiff has presented several novel legal arguments in her opposition brief that have required addition research. Because of the need for this additional research, and because of the press of this and other business, the District respectfully requests an additional four business days to file a reply.

6.  Rule 6(b) of the Federal Rules of Civil Procedure gives this Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[1] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

7.  Neither party will be prejudiced by the granting of this Motion.

WHEREFORE, for the reasons stated herein, defendant, District of Columbia request that this Court extend the time to file a reply brief to the plaintiff's opposition to the District's Motion to Dismiss of up to and including April 25, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,

---

[1] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

Civil Litigation Division

_____/s/_____

PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____

JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSAY SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1871 (HHK) |
| | ) |
| THREE UNKNOWN MPD OFFICERS | ) |
| | ) |
| *and* | ) |
| | ) |
| THE DISTRICT OF COLUMBIA | ) |
| | ) |
| | ) |
| Defendants, | ) |
| _____ | ) |

**ORDER**

Based on the defendant's motion and the facts and law considered, it is this ____ day of

_____ 2007,

HEREBY ORDERED that the defendant s motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a reply brief to the plaintiff's

opposition the District's Motion to Dismiss no later than April 25, 2007.


_____
Judge Henry H. Kennedy
United States District Court