UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDSAY SMITH,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>    **Defendants.** | Civil Action 06-01871 (HHK) |

**ORDER DENYING MOTION AS MOOT**

  Before the court is defendant's "Motion to Dismiss, or Alternatively, for Summary Judgment" [#6], filed March 15, 2007. In light of the fact that plaintiff has filed an amended complaint, defendant's motion is moot.

  Accordingly, it is this 8th day of May, 2007, hereby

  **ORDERED** that defendant's "Motion to Dismiss, or Alternatively, for Summary Judgment" [#6] is **DENIED** as moot.

                      Henry H. Kennedy, Jr.
                       United States District Judge