IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 06-1871 (HHK) ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) ) |

**MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S AMENDED COMPLAINT**

Defendant District of Columbia (the "District"), hereby moves this Court to enlarge the time by which it must file a pleading in response to the plaintiff's Amended Complaint by an additional fourteen (14) days.[1]

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On May 21, 2007, undersigned counsel consulted with plaintiff's counsel, Joshua Ian Rosenstein, who did not consent to the relief requested in this Motion.

                                                Respectfully submitted,

                                                LINDA SINGER
                                                Acting Attorney General for the
                                                District of Columbia

                                                GEORGE C. VALENTINE

---

[1] Defendants do not waive any of their rights to proper service in the above styled matter, by filing this motion.

Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY SMITH, | ) |
|       Plaintiff, | ) |
| v. | ) Civil No. 06-1871 (HHK) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
|       Defendants. | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S AMENDED COMPLAINT

This Court should grant the Defendant District of Columbia an additional Fourteen (14) days to file a responsive pleading to the plaintiff's Amended Complaint, because:

1. The plaintiff filed her complaint on November 2, 2006, alleging, among other things, that she was denied her rights under the 4th, 5th, and 8th Amendments to the United States Constitution by the D.C. government while being detained at the Metropolitan Police Department's Third District.

2. On March 15, 2007, the District filed its Motion to Dismiss or in the Alternative for Summary Judgment.

3. On May 7, 2007, the plaintiff filed her Amended Complaint naming three previously unnamed Metropolitan Police Department officers as defendants.

4. On May 8, 2007, this Court issued its order denying the District's motion as moot.

5. The District has not yet had the opportunity to confer with these individually-named officers regarding plaintiff's Amended Complaint, and is unaware if any of these officers have been served. No affidavits of Proof of Service have yet been filed with the Court.

6. The District asks that the Court grant a brief extension of the time period in which the District must file a responsive pleading to allow the District time to explore the possibility of responding for all named defendants at the same time.

7. Pursuant to Federal Rule of Civil Procedure 15(a), the District's current due date to file a responsive pleading to plaintiff's Amended Complaint is May 21, 2007.

8. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

9. The plaintiff will not be prejudiced by the granting of this Motion.

WHEREFORE, for the reasons stated herein, defendant District of Columbia requests that this Court expand the time to file a responsive pleading by fourteen (14) days, up to and including June 4, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

---

[2] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

2

        GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

     /s/
---
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

     /s/
---
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSAY SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-1871 (HHK) |
| ) | |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Based on the defendant's consent motion and the facts and law considered, it is this ____ day of _____ 2007,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendant District of Columbia shall file a responsive pleading to the Complaint no later than June 4, 2007.

_____
Judge Henry H. Kennedy
United States District Court

4