UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDSAY SMITH,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>        **Defendants.** | Civil Action 06-01871 (HHK) |

**ORDER**

Before the court is the District of Columbia's partial motion to dismiss the amended complaint [#17]. Upon consideration of the motion, the opposition thereto, and the record in this case, it is this 13th of August, 2007 hereby

**ORDERED** that the partial motion to dismiss the amended complaint [#17] is **DENIED**.

                                                         Henry H. Kennedy, Jr.
                                                         United States District Judge