U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lindsay Smith

vs.

The District of Columbia, et al.

No. 06-CA-1871 (HHK)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons and Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:00 am on August 2, 2007, I served Officer L. Acebal, Badge Number 1313 at 4620 21st Street, Mount Ranier, Maryland 20712 by serving Officer L. Acebal, personally. At the time of service, a woman came to the door, holding her dog back. I said "Ms. Acebal?" and she replied "Yes". I indicated to her that I had a Summons and Amended Complaint for her and that I was unable to reach her at the police station. She then stated that Ms. Acebal was not at home and started to close the door. I then threw the papers inside the door and left the home. I observed a car in the driveway, Maryland Tags FOP 7341. Described herein:

```
SEX-     FEMALE
AGE-     27
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  140
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 8/3/07
            Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 192122