IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY SMITH | ) |
| Plaintiff, | ) |
| vs. | ) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) Case No. 06-CIV-1871 (HHK) |
| Defendants. | ) |

## UNOPPOSED MOTION TO CHANGE DOCKET CAPTION

## AND POINTS AND AUTHORITIES IN SUPPORT THEREOF

Comes now Plaintiff, by and through undersigned Counsel, and hereby respectfully moves this Court to change the Docket Caption in this case to reflect Plaintiff's new name.

In support thereof, Plaintiff states as follows. Plaintiff was married on January 11, 2007, and officially changed her with the D.C. Department of Motor Vehicles and the Social Security Administration in early June, 2007. Plaintiff's new name is LINDSAY HUTHNANCE. Accordingly, Plaintiff requests that the caption in this matter be changed to reflect this change.

Counsel for the District of Columbia does not oppose this Motion.

Respectfully submitted

　　/s/  Joshua Ian Rosenstein
John Moustakas (DC Bar # 422076)
Joshua Ian Rosenstein (DC Bar # 482585)
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346 – 4000

LIBW/1648549.1

2

    (202) 346 – 4444 (fax)

    Arthur B. Spitzer (DC Bar #235960)
    Frederick V. Mulhauser, (DC Bar # 455377)
    American Civil Liberties Union
       of the National Capital Area
    1400 20th St., NW, Suite 119
    Washington, DC 20036
    (202) 457-0800
    (202) 452-1868 (fax)

    Attorneys for Plaintiff Lindsay Smith Huthnance

August 22, 2007

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
LINDSAY SMITH                           )
                                        )
          Plaintiff,                    )
                                        )
   vs.                                  )
                                        )   Case No. 06-CIV-1871 (HHK)
THE DISTRICT OF COLUMBIA, *et al*.      )
                                        )
          Defendants.                   )
_____)

### **[PROPOSED] ORDER**

    Plaintiff's Unopposed Motion to Change Docket Caption is hereby GRANTED.

The Clerk of the Court is hereby ORDERED to alter the docket caption in this matter to reflect Plaintiff's married name, as follows:

    Plaintiff, formerly designated as LINDSAY SMITH, shall now be designated as: LINDSAY HUTHNANCE.

                                            _____
                                            Henry H. Kennedy, USDJ

                                            Date: _____