THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY SMITH )<br>)<br>Plaintiff, )<br>)<br>v, )<br>)<br>)<br>THE DISTRICT OF COLUMBIA, *et al.,* )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:06–1871 (HHK) |

## PRAECIPE OF APPEARANCE

Please enter the appearance of Sally L. Swann, Assistant Attorney General, Office of the Attorney General, as counsel for the District of Columbia, and strike the appearance of James H. Vricos, as counsel for the District of Columbia, in the above-captioned matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  /S/  _____  _____
PATRICIA A. JONES [428132 ]
Chief, General Litigation, Section IV

/S/_____
SALLY L. SWANN[1]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202)724–6519; (202) 442-9863

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.