UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01871 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA, *et al*., ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO EXTEND THE TIME FOR THE DISTRICT OF COLUMBIA TO ANSWER THE AMENDED COMPLAINT[1]**

With the consent of Plaintiff, Defendant District of Columbia moves this Court to extend the time to answer Plaintiff's amended complaint by fourteen (14) days until September 13, 2007. The additional time is needed in order for the undersigned to familiarize herself with the allegations set forth in plaintiff's Amended Complaint, to identify all available defenses on behalf of the District, and to draft and file an Answer on behalf of the District.

In support of this motion, the District refers this Court to its Memorandum of Points and Authorities, which is attached hereto.

              Respectfully submitted,

              LINDA SINGER
              Attorney General for the District of Columbia

              GEORGE C. VALENTINE
              Deputy Attorney General,
              Civil Litigation Division

---

[1] According to the Court's docketing, defendant L. Acebel's Answer to Plaintiff's Complaint is due on August 23, 2007. This defendant disputes proper service of process, but has agreed to allow service to be effected upon the Office of the General Counsel for the D.C. Metropolitan Police Department. Plaintiff consents and has agreed not to seek default against this defendant.

        /s/
_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV


_____
SALLY L. SWANN[2]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 442-9863

### 7(m) CERTIFICATION

Counsel for plaintiff in a telephone conversation with the undersigned counsel on August 23, 2007, consented to the relief sought in this motion.


_____
SALLY L. SWANN
Assistant Attorney General

---

[2] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY SMITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al*., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-01871 (HHK) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION
TO ENTEND THE TIME TO ANSWER THE AMENDED COMPLAINT**

The District of Columbia submits this memorandum of points and authorities in support of its motion to extend the time to answer the Complaint.

1. Undersigned began employment with the Office of the Attorney General on July 23, 2007, and was recently assigned to represent the interests of the District in this litigation.

2. On August 13, 2007, this Court issued an Order denying defendant District of Columbia's motion to dismiss the Amended Complaint. Accordingly, under the Federal Rules of Civil Procedure, Rule 12 (4)(A), defendant's answer to the Amended Complaint is due within (ten) 10 days, plus three (3) days for mailing, i.e. on or before August 30, 2007. See Fed. P. Civ. R. 6(e).

3. Undersigned counsel needs additional time to familiarize herself with the issues set forth in plaintiff's Amended Complaint, to identify all available defenses on behalf of the District, and to draft and file an Answer on behalf of the District. Therefore,

this defendant requests an additional fourteen (14) days, until September 13, 2007, to answer the Amended Complaint.

4.  Fed. P. Civ. R. 6(b)(1) provides: "[w]hen by these rules . . . an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order…."

5.  The motion is being filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6(b)(1).

6.  The brief extension to file the District of Columbia's Answer will not unduly prejudice the plaintiff. Two of the individually named defendants Officers J. Antonio and J. Morales have not yet been served, and Officer L. Acabel who is also individually named as a defendant disputes that she has been properly served.[3]

7.  Defendant District of Columbia has informed plaintiff's counsel that Officer Acabel has consented to service through the D.C. Metropolitan Police Department (MPD), and that MPD is in the process of contacting defendants Officers J. Antonio and J. Morales, to seek their consent to allow MPD to accept service on their behalf.

For all the above-stated reasons, defendant District of Columbia respectfully requests that the time for filing its answer be extended until September 13, 2007.

---

[3] Plaintiff has submitted an Affidavit of Service regarding service of process on Officer Acabel. Officer Acabel denies receiving the summons and amended complaint, but to avoid a dispute about service, has consented to MPD accepting service on her behalf.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV


_____
SALLY L. SWANN[4]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519 ; (202) 442-9863
(202) 727-3625 (fax)
sally.swann@dc.gov

---

[4] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDSAY SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 06-01871 (HHK) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## **ORDER**

Upon consideration of the Defendant District of Columbia's Consent Motion to Extend the Time for the District of Columbia to answer the Amended Complaint, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED:  That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED:  that Defendant District of Columbia's answer to the Amended Complaint shall be filed on or before September 13, 2007.

_____
JUDGE,
U.S. District Court for the District of Columbia