AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LINDSAY SMITH

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA
OFFICER L. ACEBAL
OFFICER J. ANTONIO
OFFICER J. MORALES

    Defendants.

CASE NUMBER: 06-ca-1871 (HHK)

TO: (Name and address of Defendant)

Officer J. Antonio
Badge Number 4409
Metropolitan Police Department
Third District Station
1620 V St. NW
Washington, DC 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Moustakas
Joshua Ian Rosenstein
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, DC 20001
PH: (202) 346-4000 | Fax: (202) 346-4444

an answer to the AMENDED complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the AMENDED complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**        8/8/2007

CLERK        DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lindsay Smith

vs.

The District of Columbia, et al.

No. 06-CA-1871 HHK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons and Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:40 am on August 27, 2007, I served Officer J. Antonio, Badge No. 4409 c/o Ronald Harris, Deputy General Counsel, Metropolitan Police Department at 300 Indiana Avenue, NW, Room 4125, Washington, DC 20001 by serving Linda Tolson, Assistant to General Counsel, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     44
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  165
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8/28/07
             Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 193526