A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LINDSAY SMITH

       Plaintiff(s)       )
                              )   **APPEARANCE**
                              )
       vs.                )   CASE NUMBER   06-ca-1871 (HHK)

THE DISTRICT OF COLUMBIA
OFFICER L. ACEBAL
OFFICER J. ANTONIO
OFFICER J. MORALES

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Sarah Keast   as counsel in this
                                   (Attorney's Name)

case for:   Plaintiff Lindsay Smith
            (Name of party or parties)

November 30, 2007
Date

/s/ Sarah Keast
Signature

Sarah Keast
Print Name

493632
BAR IDENTIFICATION

901 New York Avenue, NW
Address

Washington   D.C.   20001
City            State       Zip Code

(202) 346-4000
Phone Number