AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LINDSAY SMITH

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA
OFFICER L. ACEBAL
OFFICER J. ANTONIO
OFFICER J. MORALES

    Defendants.

CASE NUMBER: 06-ca-1871 (HHK)

TO: (Name and address of Defendant)

Officer J. Morales
Badge Number 273
Metropolitan Police Department
Third District Station
1620 V St. NW
Washington, DC 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Moustakas
Joshua Ian Rosenstein
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, DC 20001
PH: (202) 346-4000 | Fax: (202) 346-4444

an answer to the AMENDED complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the AMENDED complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

DATE 8/8/2007

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | October 25, 2007 |
| NAME OF SERVER (PRINT) Jae Shin | TITLE Case Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 3rd District Substation (3D-1) of the Metropolitan Police Department

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/25/2007
           Date           Signature of Server

3311 Lakeside View Dr.
Falls Church VA 22041
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.