UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY SMITH | ) |
| Plaintiff, | ) |
| v. | ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) Case No.: 06-1871 (HHK) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Joshua I. Rosenstein as one of the counsel for plaintiff Lindsay Hutnance (nee Smith) in the above-captioned matter. Mr. Rosenstein is no longer associated with Goodwin Procter LLP. John Moustakas and Sarah Keast of Goodwin Procter LLP shall continue their appearance as counsel of record for the plaintiff.

Respectfully submitted

    /s/   Sarah Keast
John Moustakas (DC Bar # 422076)
jmoustakas@goodwinprocter.com
Sarah Keast (DC Bar # 493632)
skeast@goodwinprocter.com
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346 – 4000
(202) 346 – 4444 (fax)

LIBW/1664520.1