UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDSAY HUTHNANCE.**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action 06-01871 (HHK) |

ORDER TO CHANGE DOCKET CAPTION

Plaintiff's unopposed motion to change docket caption[ #21] is hereby **GRANTED**. The Clerk of the Court is hereby **ORDERED** to alter the docket caption in this matter to reflect plaintiff's married name, as follows: Plaintiff, formerly designated as LINDSAY SMITH, shall now be designated as: LINDSAY HUTHNANCE.

    **SO ORDERED.**

                                            Henry H. Kennedy, Jr.
                                            United States District Court

Dated: December 11, 2007