UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY HUTHNANCE,<br><br>            Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>            Defendants. | No. 06-cv-1871 (HHK) |

**NOTICE OF APPEARANCE**

The Clerk will please note the formal appearance of the undersigned as one of counsel for plaintiff Lindsay Huthnance.*

/s/ *Arthur B. Spitzer*

_____
Arthur B. Spitzer
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, DC 20036
T.  (202) 457-0800
F.  (202) 452-1868
E.  artspitzer@aol.com

January 16, 2008

---

* The undersigned has been one of plaintiff's counsel since this lawsuit was filed, and his name has been on her papers, but the absence of his electronic signature ("/s/ *Arthur B. Spitzer*") meant that his appearance was not noted on the docket.  This filing is intended to rectify that situation.