IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDSAY HUTHNANCE,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | Civil Action No. 06-CV-1871 (HKK) |
| **v.** ] | |
| ] | |
| **DISTRICT OF COLUMBIA, et al.,** ] | |
| ] | |
| **Defendants.** ] | |
| ] | |

## CONSENT MOTION TO REVISE SCHEDULING ORDER

Plaintiff moves this court, with consent of defendants, to enter the attached revised scheduling order. The parties to this action, through counsel, have agreed to the this revision in the schedule. This proposed order extends all listed deadlines for the parties by one month. These extensions are proposed to accommodate extensions of time for responding to discovery requests without putting undue pressure on the parties vis a vis the other impending deadlines in the case.

Dated: March 14, 2008

                                                                                                 Respectfully submitted,

                                                                                                 /s/ Sarah Keast
                                                                      John Moustakas (DC Bar # 422076)
                                                                      Sarah Keast (DC Bar # 493632)
                                                                      Goodwin | Procter LLP
                                                                      901 New York Avenue, NW
                                                                      Washington, DC 20001
                                                                      (202) 346 – 4000
                                                                      (202) 346 – 4444 (fax)

Arthur B. Spitzer (DC Bar #235960)
Frederick V. Mulhauser (DC Bar # 455377)
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
(202) 457-0800
(202) 452-1868 (fax)

Attorneys for Plaintiff Lindsay Huthnance

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LINDSAY HUTHNANCE,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | Civil Action No. 06-CV-1871(HKK) |
| v. ] | |
| ] | |
| **DISTRICT OF COLUMBIA, et al.,** ] | |
| ] | |
| **Defendants.** ] | |
| ] | |

**[PROPOSED] SCHEDULING ORDER**

The Court, having considered the issues raised by the parties with respect to scheduling, and for good cause shown, its is on this _____ day of _____, 2008, hereby

ORDERED that the following schedule shall govern the proceedings of this case:

1. All discovery shall be completed by June 9, 2008.

2. All additional parties shall be joined and all amendments to pleadings completed 30 days prior to the close of discovery, or on or before May 9, 2008.

3. Each side may conduct 10 depositions, and propound 25 interrogatories to the other side.

4. Expert discovery shall be completed by the close of discovery as follows:

(a) Plaintiff's experts shall be identified and expert reports and case lists shall be disclosed as described by Fed. R. Civ. P. 26(a)(2)(B) on or by April 25, 2008.

(b) Rebuttal experts, as described by Fed. R. Civ. P. 26(a)(2)(C), shall be identified and rebuttal reports and case lists shall be disclosed 30 days after plaintiff's disclosures of experts, or by May 26, 2008.

(c) Depositions of all experts shall be completed by June 9, 2008, the close discovery.

5. Any motions for summary judgment shall be filed by no later than 30 days after the close of discovery, or by July 9, 2008, whichever is the later. Any opposition shall be filed no later than 30 days after filing of the initial motion. A reply, if any, shall be filed by no later than 15 days after the filing of any opposition.

6. A status conference is scheduled for 10:15 a.m. on October 3, 2008.

IT IS SO ORDERED

                                    _____
                                    HENRY H. KENNEDY
                                    United States District Court

LIBW/1672513.1