UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**LINDSAY SMITH,**                  )
                                    )
    **Plaintiff,**          )
                                    )
    v.                      )    Civil Action No. 06-01871 (HHK)
                                    )
**DISTRICT OF COLUMBIA,** *et al.***,**  )
                                    )
    **Defendants.**         )
_____)

### DEFENDANT OFFICER J. MORALES' CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

Pursuant to Fed. R. Civ. P. 6(b), defendant Officer J. Morales, by and through counsel, hereby moves for a brief enlargement of time to respond to plaintiff's Amended Complaint, up to and including December 7, 2007, and, and states as follows:

    1.    On September 4, 2007, this Court issued an Order granting the plaintiff's motion for an extension of time to serve process upon Officer J. Morales.  As per the Court's order, the plaintiff was to serve process on Officer Morales by November 4, 2007.  On November 30, 2007, the plaintiff filed and affidavit of service with the Court signifying that she had effectuated service upon Officer Morales.

    2.    Through inadvertence and miscommunication between this defendant and the Office of the Attorney General, this defendant's answer was not timely filed.

    3.    This defendant now seeks leave from the Court to file an Answer in response to plaintiff's Amended Complaint.

        Fed. P. Civ. R. 6(b)(2) provides:

        "[w]hen by these rules or by a notice given thereunder or by order

>of court an act is required or allowed to be done within a specified time, the court… may in its discretion (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…"

5. Fed. R. Civ. P. 6(b) specifically confers upon the Court the "discretion" relevant to late filings. *See Lujan v. National Wildlife Federation,* 497 U.S. 871, 896 n. 5 (1990). *See also*, *Gwendolyn Smith v. D.C.,* 430 F.3d 450 (D.C. Cir. 2005), confirming the Court's discretion to order the requested relief. The *Smith* Court recognized that it has been quite deferential to Rule 6(b) decisions in the past, even affirming a deadline extension that was granted without a formal finding of excusable neglect when the court found no prejudice to the other party. *See Yesudian ex rel. United States v. Howard Univ.,* 348 U.S. App. D.C. 145, 207 F.3d 969, 917 (D.C. Cir. 2001).

6. This defendant's failure to act was based on excusable neglect.

7. This defendant seeks only a three day extension of time and plaintiff consents to the requested relief, and no party will suffer undue prejudice. The parties have not submitted their Report pursuant to LCvR 16.3, and discovery has not yet begun. See Court's docketing.

Wherefore, this defendant requests, additional time up to and including December 7, 2007, to file an answer in response to plaintiff's Amended Complaint.

>Respectfully submitted,
>
>LINDA SINGER
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General,
>Civil Litigation Division

      /s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV


      /s/_____
ERIC S. GLOVER [1]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9754 ; (202) 727-6295
(202) 727-3625 (fax)
eric.glover@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-01871 (HHK) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANT MORALES' MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

In support of his Motion for Enlargement of Time to File Answer or Other Responsive Pleading, defendant Morales relies upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(2).

3. The record herein.

4. *Lujan v. National Wildlife Federation,* 497 U.S. 871, 896 n. 5 (1990).

5. *Gwendolyn Smith v. D.C.,* 430 F.3d 450 (D.C. Cir. 2005).

6. *Yesudian ex rel. United States v. Howard Univ.,* 348 U.S. App. D.C. 145, 207 F.3d 969, 917 (D.C. Cir. 2001).

                                            Respectfully submitted,

                                            LINDA SINGER
                                            Acting Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General, Civil Litigation Division

/s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/
ERIC S. GLOVER [2]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9754 ; (202) 727-6295
(202) 727-3625 (fax)
eric.glover@dc.gov

---

[2] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDSAY SMITH,** )<br>)<br>Plaintiff, )<br>)<br>v. )     Civil Action No. 06-01871 (HHK)<br>)<br>**DISTRICT OF COLUMBIA,** *et al.*, )<br>)<br>Defendants. )<br>_____) | |

## **ORDER**

Upon consideration of defendant J. Morales' Consent Motion for Enlargement of Time to File an Answer or Other Responsive Pleading, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED: That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED: That defendant's time to file an answer shall be extended up and including to December 7, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA