**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSEY HUTHANANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:06CV01871 |
| | ) |
| DISTRICT OF COLUMBIA, *et. al.,* | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS DISTRICT OF COLUMBIA, OFFICERS L. ACEBAL, J. ANTONIO AND J. MORALES' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Pursuant to Fed R. Civ. P 6(b), defendants District of Columbia, Officer L. Acebal, J. Antonio and J. Morales (hereinafter "the Defendants"), by and through counsel, hereby moves for a brief enlargement of time to respond to plaintiff's discovery requests.

1. On or about February 15, 2008, plaintiff Lindsey Huthanance served her first set of discovery requests to the District.

2. While the Defendants worked diligently to respond to plaintiff's discovery demands, they were unable to respond to plaintiff's discovery demands within the thirty (30) day statutory time period, due to an unexpected emergency to the defendants designated representative. See Fed. R. Civ. P. 6(e), 33, and 34. The defendant's designated representative has been out of the office because of a family emergency from March 20, 2008, through and including March 28, 2008. She is expected to return to the Office on March 31, 2008.

3. The defendants now respectfully request that the Court enlarge their time to respond to plaintiff's discovery requests pursuant to Fed R Civ P 6(b)(1). Rule 6 reads as follows:

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…."

4. This motion is filed prior to the expiration of the prescribed period. The defendants seek a three (3) week extension of time, i.e. until April 18, 2008, to respond to plaintiff's discovery requests. This matter is still in the very early stages of discovery and no party will suffer undue prejudice.

Wherefore, the defendants respectfully request that the Court enlarge their time to respond to plaintiff's discovery requests.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division


 /s/___Patricia Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

    /s/   Eric S. Glover
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9754 ; (202) 727-6295
(202) 727-3625 (fax)
eric.glover@dc.gov

### LCvR 7(m) CERTIFICATION

I hereby certify that on March 28, 2008, I contacted plaintiff's counsel to obtain her consent to this motion. However, plaintiff's counsel did not consent to the requested relief.

/s/ Eric S. Glover
Eric S. Glover
Assistant Attorney General, D.C.

Case 1:06-cv-01871-HHK-JMF   Document 40   Filed 03/31/2008   Page 3 of 6

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSEY HUTHANANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:06CV01871 |
| | ) |
| DISTRICT OF COLUMBIA, *et. al.,* | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

In support of their Motion for Enlargement of Time to Respond to Plaintiff's Discovery Requests, the defendants rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed R Civ P - 6(b)(1).

3. The record herein.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

      /s/ _____
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9754 ; (202) 727-6295
(202) 727-3625 (fax)
eric.glover@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSEY HUTHANANCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et. al.,* )<br>)<br>Defendants. ) | Case Number: 1:06CV01871 |

**ORDER**

Upon consideration of the defendants District of Columbia, Officer L. Acebal, J. Antonio and J. Morales' Motion for Enlargement of Time to Respond to Plaintiff's Discovery Requests, the Memorandum of Points and Authorities filed in support thereof, plaintiff's written opposition thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

ORDERED: That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED: those defendants shall respond to plaintiff's discovery requests on or before April 18, 2008.

_____
JUDGE,
United States District Court
for the District of Columbia