IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDSAY HUTHNANCE,**     ]<br>]<br>    **Plaintiff,**     ]<br>    ]<br>    v.     ]<br>    ]<br>**DISTRICT OF COLUMBIA, et al.,**     ]<br>    ]<br>    **Defendants.**     ]<br>    ] | Civil Action No.  06-CV-1871 (HKK) |

___

### CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE EXPERT REPORTS

Plaintiff moves, with consent of Defendants and pursuant to Federal Rule of Civil Procedure 6(b)(1), for an extension of 60 days to submit her expert reports. These reports are due on April 25, 2008, under the current scheduling order. Plaintiff received on April 23, 2008 (yesterday), defendants' first responses to her discovery, after defendants' deadline for responding was twice extended. Plaintiff's counsel have not yet had an opportunity to carefully review these discovery responses or to send them to plaintiff's expert. Plaintiff therefore requests a 60 day extension as a reasonable period of time to meet and confer regarding these discovery responses and for plaintiff's expert to evaluate the documents that plaintiff has requested. The requested documents – including defendants' policies, procedures, and training materials, and defendants' statistics on the use of the applicable police procedures – are essential to the expert forming an opinion on the defendants' training, supervision, and practices and how they were applied in this case.

Wherefore, plaintiff respectfully requests that the court extend the time in which her expert reports are due by 60 days.

**Rule 7(m) Statement**

Counsel for plaintiff has met and conferred with counsel for Defendants, and counsel for Defendants consents to the relief requested.

Dated:  April 24, 2008

                          Respectfully submitted,

                          __/s/ Sarah Keast_____
                          John Moustakas (DC Bar # 422076)
                          Sarah Keast (DC Bar # 493632)
                          Goodwin | Procter LLP
                          901 New York Avenue, NW
                          Washington, DC 20001
                          (202) 346-4000
                          (202) 346-4444 (fax)

                          Arthur B. Spitzer (DC Bar #235960)
                          Frederick V. Mulhauser (DC Bar # 455377)
                          American Civil Liberties Union
                             of the National Capital Area
                          1400 20th Street, NW, Suite 119
                          Washington, DC 20036
                          (202) 457-0800
                          (202) 452-1868 (fax)

                          Attorneys for Plaintiff Lindsay Huthnance