# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LINDSEY HUTHNANCE,       )
                                )
         Plaintiff,       )
                                )    Civil Action No.  06-1871
         v.            )    Judge: HKK
                                )
DISTRICT OF COLUMBIA, *et al.*,  )
                                )
        Defendants.    )
_____)

## MOTION TO ENLARGE TIME FOR DEFENDANTS DISTRICT OF COLUMBIA, OFFICERS L. ACEBAL, J. ANTONIO AND J. MORALES TO RETAIN THEIR EXPERT(S) AND TO FILE THEIR RULE 26(a)(2) STATEMENT

Defendants District of Columbia, Officers L. Acebal, J. Antonio and J. Morales (hereinafter "the defendants"), hereby move the Court for an enlargement of time to file their Rule 26(a)(2) statement as the defendants needs additional time to retain their expert(s) and to file their expert designations.  The defendants' arguments in support of this motion are more fully discussed in the attached memorandum of points and authorities.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for
the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____
PATRICIA A. JONES
Chief, General Litigation Sec. IV

/s/ Eric S. Glover_____
ERIC S. GLOVER [889741]
Assistant Attorney General
Sixth Floor North
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295

## **RULE 7-I CERTIFICATION**

I hereby certify that on April 24, 2008, I contacted plaintiff's counsel to obtain her consent to the relief sought in this motion. Plaintiff's counsel consented to this motion.

/s/ Eric S. Glover_____
Eric S. Glover
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSEY HUTHNANCE,     ) | |
|     ) | |
|     Plaintiff,     ) | |
|     ) | Civil Action No.  06-1871 |
|     vi.     ) | Judge: HKK |
|     ) | |
| DISTRICT OF COLUMBIA, *et al.*,     ) | |
|     ) | |
|     Defendants.     ) | |
| _____) | |

<u>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**</u>
<u>**THE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RETAIN, FILE**</u>
<u>**AND SERVE THEIR RULE 26(a)(2) STATEMENT**</u>

In support of their motion, the defendants state as follows:

1.      Plaintiff, Lindsey Huthnance, has filed suit against the defendants alleging that she was falsely arrested, assaulted and battered and that her Fifth and Eighth Amendment Rights were violated by the defendants.  *See* Complaint, generally.

2.      As per the Court's March 14, 2008, Order in this action, the plaintiff was to file her Rule 26(a)(2) Statement on April 25, 2008, and the defendants were to file their Rule 26(a)(2) Statement on May 27, 2008.  However, on April 24, 2008, the Court granted the plaintiff's motion to enlarge her time to file her rule 26(a)(2) statement by sixty (60) days.  *See* Court's Docket.  The defendants now respectfully move this Court to enlarge the time for them to retain their expert(s) and to file their Rule 26(a)(2) Statement for an additional sixty (60) days.  The additional time will afford defendants the opportunity to properly obtain approved purchase orders to proceed with their experts in this case.

4.    Fed. R. Civ. P.6(b)(1) provides that:

"[w]hen by these rules or by a notice given thereunder or by
order of court an act is required or allowed to be done within a
specified time, the court… may in its discretion (1) with or
without motion or notice order the period enlarged if request
therefore is made before the expiration of the period originally
prescribed or as extended by a previous order …."

5.    This motion is filed prior to the expiration of the prescribed period for designating

experts, and is for good cause.

6.    The defendants believe that they have satisfied their burden under Rule 6(b)(1).

Moreover, no party will suffer undue prejudice should the Court grant the defendants' motion.

WHEREFORE, the defendants requests that their motion be granted.

PETER J. NICKLES
Interim Attorney General for
the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____
PATRICIA A. JONES
Chief, General Litigation Sec. IV


/s/ Eric S. Glover_____
ERIC S. GLOVER [889741]
Assistant Attorney General
Sixth Floor North
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LINDSEY HUTHNANCE,                    )
                                      )
              Plaintiff,              )
                                      )        Civil Action No.  06-1871
       vii.                           )        Judge: HKK
                                      )
DISTRICT OF COLUMBIA, *et al.*,       )
                                      )
              Defendants.             )
_____)

**<u>ORDER</u>**

Upon consideration of defendants the District of Columbia, L. Acebal, J. Antonio and J. Morales' motion for an enlargement of time to retain  expert(s) and file their Fed. R. Civ. P. (26)(a)(2) Statement, the Memorandum of Points and Authorities filed in support thereof, plaintiff's opposition thereto, if any and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

ORDERED:  That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED:  that the defendants shall have until August 27, 2008, to file their  Fed. R. Civil 26(b)(4) Statement.

_____
Judge
District Court of the District of Columbia