IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDSAY HUTHNANCE,** ]<br>]<br>**Plaintiff,** ]<br>]<br>v. ]<br>]<br>**DISTRICT OF COLUMBIA, et al.,** ]<br>]<br>**Defendants.** ]<br>] | Civil Action No.  06-CV-1871 (HKK) |

___

### CONSENT MOTION FOR AN EXTENSION OF DISCOVERY

Plaintiff moves, with consent of Defendants and pursuant to Federal Rule of Civil Procedure 6(b)(1), for an extension of discovery in this case.  Discovery is scheduled to close on June 9, 2008, yet substantial discovery in this case has not yet been completed.  To date, the parties have served written discovery on one another, and no depositions have been completed.  On June 6, 2008, Plaintiff filed a motion to compel further responses from the District of Columbia to her Rule 33 Interrogatories and Rule 34 Requests for Production.  The parties propose that the close of fact discovery be extended to 60 days after a final ruling on plaintiff's motion to compel, and that the close of expert discovery be extended to 90 days after a final ruling on plaintiff's motion to compel.

Wherefore, plaintiff respectfully requests that the deadlines for discovery be extended.

### Rule 7(m) Statement

Counsel for plaintiff has met and conferred with counsel for Defendants, and counsel for Defendants consents to the relief requested.

Dated:  June 9, 2008

–2–

Respectfully submitted,


  /s/ Sarah Keast
John Moustakas (DC Bar # 422076)
Sarah Keast (DC Bar # 493632)
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000
(202) 346-4444 (fax)

Arthur B. Spitzer (DC Bar #235960)
Frederick V. Mulhauser (DC Bar # 455377)
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
(202) 457-0800
(202) 452-1868 (fax)

Attorneys for Plaintiff Lindsay Huthnance

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDSAY HUTHNANCE,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | Civil Action No. 06-CV-1871(HKK) |
| **v.** ] | |
| ] | |
| **DISTRICT OF COLUMBIA, et al.,** ] | |
| ] | |
| **Defendants.** ] | |
| ] | |

## [PROPOSED] ORDER

The Court, having considered the parties' consent motion for an extension of the time for discovery in this case, hereby grants the motion. The close of fact discovery is extended until 60 days after a final ruling on plaintiff's motion to compel, and the close of expert discovery is extended until 90 days after a final ruling on plaintiff's motion to compel.

IT IS SO ORDERED

_____
HENRY H. KENNEDY
United States District Court

LIBW/1679992.1