UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDSAY HUTHNANCE,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action 06-01871  (HHK)(JMF) |

ORDER REFERRING MOTION TO
UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA

It is this 10th day of June 2008, hereby

**ORDERED** that plaintiff's motion to compel discovery [#43] is referred pursuant to LCvR 72.2(a) to United States Magistrate Judge John M. Facciola for his determination. Henceforth, and until this referral is terminated, ALL filings related to this motion shall include the initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned judge**.**  *See* LCvR 5.1(f).

                                                               Henry H. Kennedy, Jr.
                                                               United States District Judge