UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDSAY HUTHNANCE,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action 06-01871 (HHK) (JMF) |

ORDER OF REFERRAL TO
UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA

It is this 17th day of June 2008, hereby

**ORDERED** that defendants' motion to compel [#46] and motion for protective order [# 47], as well as all further motions relating to discovery or discovery-related disputes, are referred to United States Magistrate Judge John M. Facciola for his determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Facciola, "JMF," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

                                                          Henry H. Kennedy, Jr.
                                                          United States District Judge