IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| LINDSAY HUTHNANCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DISTRICT OF COLUMBIA, ET AL. )<br>)<br>Defendants. )<br>_____) | Case No. 06-CV-1871 (HKK) |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY TO THE DISTRICT OF COLUMBIA'S OPPOSITION TO HER MOTION TO COMPEL

Plaintiff, with Defendants' consent, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully requests an extension of time to reply to the District of Columbia's Opposition to Plaintiff's Motion to Compel. Plaintiff requests to have until July 11, 2008 to reply. The grounds for this Motion are as follows:

On June 6, 2008, Plaintiff filed a Motion to Compel Discovery. (Dkt. #43). On June 20, 2008, the District timely filed its Opposition to Plaintiff's Motion to Compel. (Dkt. #50). On the same day, the District sent by U.S. mail supplemental written responses to the Interrogatories and Requests for Production that are the basis of Plaintiff's motion to compel, as well as a production of approximately 450 pages. The District's opposition brief, filed on June 20, 2008, relies on these amended responses.

Plaintiff's reply brief would be due on June 30, 2008. Since the amended discovery responses that form the basis of the District's opposition brief did not arrive until four days into this period and because the amended responses may change the basis for Plaintiff's motion to compel (and, indeed, may obviate it as to some requests),

Plaintiff requires additional time to review the District's new production, evaluate how it impacts her motion to compel, and then draft her reply brief. Plaintiff requests, with the Defendants' consent, an extension until July 11, 2008.

Wherefore Plaintiff respectfully requests that the deadline for replying to the District's Opposition to Plaintiff's Motion to Compel be extended until July 11, 2008.

**Rule 7(m) Statement**

Pursuant to Local Rule 7(m), counsel for Plaintiff has discussed with Defendants' counsel the filing of this Motion, and Defendants have consented to extending Plaintiff's time to respond.

DATED:  June 26, 2008

                                                Respectfully submitted,

                                         _____//s//_____
John Moustakas (DC Bar # 422076)
Sarah Keast (DC Bar # 493632)
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346 – 4000
(202) 346 – 4444 (fax)

Arthur B. Spitzer (DC Bar #235960)
Frederick V. Mulhauser (DC Bar # 455377)
American Civil Liberties Union
     of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
(202) 457-0800
(202) 452-1868 (fax)

Attorneys for Plaintiff Lindsay Huthnance

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| LINDSAY HUTHNANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-1871 (HKK) |
| ) | |
| DISTRICT OF COLUMBIA, ET AL. ) | |
| ) | |
| District. ) | |
| _____) | |

[PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion for Extension of Time to reply to Defendants's Opposition to Plaintiff's Motion to Compel, and for good cause shown, it is hereby ORDERED that:

The Plaintiff's Motion is GRANTED. Plaintiff shall have until July 11, 2008, to reply to Defendants's opposition to Plaintiff's Motion to Compel.

Dated: _____

                                                       _____
                                                       United States Magistrate Judge
                                                       John M. Facciola, JMF