REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE-L

| CAUSE OF ACTION: | 42:1983 Civil Rights Act | | | |
|---|---|---|---|---|
| CASE NO:<br>06-cv-01871 | DATE REFERRED:<br>JUNE 17, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>REFERRAL OF MOTIONS (DOCS #46 AND #47) | JUDGE:<br>HENRY H. KENNEDY, JR | MAG. JUDGE<br>JOHN M. FACCIOLA |
| PLAINTIFF(S):<br>LINDSAY HUTHNANCE | | DEFENDANT(S):<br>DISTRICT OF COLUMBIA, ET AL. | | |
| ENTRIES: | | | | |