**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSEY HUTHANANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number:  1:06CV01871 |
| | ) |
| DISTRICT OF COLUMBIA, *et. al.,* | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS DISTRICT OF COLUMBIA, OFFICERS L. ACEBAL, J. ANTONIO AND J. MORALES' CONSENT MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTION TO COMPEL AND MOTION FOR A PROTECTIVE ORDER**

Pursuant to Fed R. Civ. P 6(b), defendants District of Columbia, Officer L. Acebal, J. Antonio and J. Morales (hereinafter "the Defendants"), by and through counsel, hereby moves for a brief enlargement of time to respond to Plaintiff's oppositions to two of the Defendants' motions.

1.      On or about June 26, 2008, plaintiff Lindsey Huthanance served her oppositions to the Defendants' Motion to Compel and Motion for a Protective Order on the Defendants.  As per the local rules, the Defendants' replies are due on July 3, 2008. See LCvR 7.

2.      While the Defendants have been working diligently to respond to plaintiff's oppositions, they will be unable to respond to plaintiff's oppositions within the five (5) day period prescribed by the local rules, due to an unexpected injury to the undersigned.  See LCvR 7.

3.    The Defendants now respectfully request that the Court enlarge their time to respond to Plaintiff's oppositions pursuant to Fed R Civ P 6(b)(1).  Rule 6 reads as follows:

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…."

4.    This motion is filed prior to the expiration of the prescribed period.  The Defendants seek an eight (8) day extension of time, i.e. until July 11, 2008, to respond to Plaintiff's oppositions.   If the Defendants' motion is granted, no party will suffer undue prejudice and the Plaintiff has consented to the Defendant's requested relief.

Wherefore, the Defendants respectfully request that the Court enlarge their time to respond to Plaintiff's oppositions.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division


 _/s/___Patricia Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

    _/s/___Eric S. Glover_____

ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9754 ; (202) 727-6295
(202) 727-3625 (fax)
eric.glover@dc.gov

## LCvR 7(m) CERTIFICATION

I hereby certify that on June 30, 2008, I contacted plaintiff's counsel to obtain her

consent to this motion.  On July, 1, 2008, plaintiff's counsel contacted me and consented

to the requested relief.


    /s/ Eric S. Glover _____

Eric S. Glover
Assistant Attorney General, D.C.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSEY HUTHANANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number:  1:06CV01871 |
| | ) |
| DISTRICT OF COLUMBIA, *et. al.,* | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITIONS TO THE DEFENDANTS' MOTION TO COMPEL AND MOTION FOR A PROTECTIVE ORDER

In support of their Motion for Enlargement of Time to Respond to Plaintiff's

Discovery Requests, the defendants rely upon the following authorities:

1.    Inherent power of the Court.

2.    Fed R Civ P - 6(b)(1).

3.    The record herein.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_/s/_____

ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9754 ; (202) 727-6295
(202) 727-3625 (fax)
eric.glover@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSEY HUTHANANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number:  1:06CV01871 |
| | ) |
| DISTRICT OF COLUMBIA, *et. al.,* | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of the defendants District of Columbia, Officer L. Acebal, J.

Antonio and J. Morales' Motion for Enlargement of Time to Respond to Plaintiff's

Oppositions to the Defendants' Motion to Compel and Motion for a Protective Order, the

Memorandum of Points and Authorities filed in support thereof, plaintiff's written

opposition thereto, if any, and the entire record herein, and it appearing to the Court that

the motion should be granted, it is by the Court this ___ day of _____

, 2008,

ORDERED:  That the motion shall be and the same is hereby granted for the

reasons set forth in the motion; and it is,

FURTHER ORDERED: the defendants shall respond to plaintiff's oppositions on

or before July 11, 2008.

_____
JUDGE,
United States District Court
for the District of Columbia