UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY HUTHNANCE, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) Case No.: 06-1871 (HHK) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of Court: Please withdraw the appearance of Sarah S. Keast as counsel for plaintiff Lindsay Huthnance in the above-captioned matter.

Respectfully submitted

   /s/   Sarah Keast
John Moustakas (DC Bar # 422076)
jmoustakas@goodwinprocter.com
Sarah Keast (DC Bar # 493632)
skeast@goodwinprocter.com
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346 – 4000
(202) 346 – 4444 (fax)