**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LINDSAY HUTHNANCE,**

**Plaintiff,**

**v.**

**DISTRICT OF COLUMBIA *et al.*,**

**Defendants.**

**Civil Action No. 06-1871 (HHK/JMF)**

# ORDER

In accordance with the accompanying Memorandum Opinion and it appearing that plaintiff has, in failing to either provide complete answers to defendants' interrogatories or moved this Court for relief, failed to comply with Rule 33(b)(2) of the Federal Rules of Civil Procedure, it is therefore, hereby,

**ORDERED** that plaintiff provide, within 10 days from the date of this Order, complete answers to Defendants' Interrogatory Nos. 9, 13-25. It is furthermore, hereby

**ORDERED** that plaintiff continue to supplement her responses in accordance with Rule 26 of the Federal Rules of Civil Procedure. Finally, it is, hereby,

**ORDERED** that Defendants' Motion to Compel Plaintiff's Responses to Their Interrogatories [#46] is **GRANTED** in part and **DENIED** in part.

**SO ORDERED.**

/S/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2008