IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINDSAY HUTHNANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-cv-1871 (HKK) (JMF) |
| | ) | Trial:  September 20, 2010 |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE EXPERT WITNESS

Plaintiff Lindsay Huthnance, through counsel, respectfully moves the Court for leave to replace her expert witness, Larry P. Danaher.  As explained in the attached memorandum of law and Declaration of Larry P. Danaher, since he was retained to serve as an expert witness in this case, Mr. Danaher has switched careers and taken a job that requires him to travel abroad for long periods of time, often on short notice.  When he made that transition, Mr. Danaher planned to be available to testify at trial during the week of March 29, 2010, and for his commitment to this case to be finished shortly thereafter.  Due to the postponement of the trial date and increased responsibilities as he has settled into his new job, Mr. Danaher has become unavailable to fulfill his obligations as Plaintiff's expert witness, including testifying at trial.  As Mr. Danaher attests, these unexpected changes have made continuing to serve as Plaintiff's expert an extreme hardship and, as a result, he is no longer available to do so.

Mr. Danaher's unforeseen unavailability provides good cause for Plaintiff's request for substitution, and she has acted diligently to replace Mr. Danaher within weeks of learning of his unavailability.  Accordingly, the Court should permit her to call a replacement expert witness, who will not offer any opinions beyond those expressed in Mr. Danaher's expert report, served

on Defendants in October 2009.  The legal basis for this request is explained in detail in the attached memorandum of law.

## CERTIFICATION PURSUANT TO FRCP 26(c) AND LCvR 7(m)

Plaintiff's counsel certifies that they have in good faith attempted to confer with counsel for Defendants regarding the matters addressed in the instant Motion.  On July 2, 2010, at approximately 10:30 a.m., undersigned counsel called all three attorneys of record for Defendants — Eric Glover, Patricia Jones, and Dwayne Jefferson — in an attempt to obtain Defendants' consent to the replacement of Mr. Danaher as Plaintiff's expert witness, but they were unavailable.  Undersigned counsel also sent the e-mail attached hereto as Exhibit 1 to each of Defendants' lawyers and requested that they contact him to discuss this matter, but they did not respond.  Accordingly, Plaintiff is compelled to file the instant Motion.

Respectfully submitted,

DATED:  July 2, 2010

**/s/ Jeffrey D. Skinner**
John Moustakas (DC Bar # 422076)
jmoustakas@goodwinprocter.com
Jeffrey D. Skinner (DC Bar # 494808)
jskinner@goodwinprocter.com
Goodwin|Procter LLP
901 New York Avenue, NW
Washington, DC 20001
Tel:    (202) 346-4000
Fax:    (202) 346-4444

Arthur B. Spitzer (DC Bar #235960)
Frederick V. Mulhauser (DC Bar # 455377)
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
Tel:    (202) 457-0800
Fax:    (202) 452-1868

*Attorneys for Plaintiff Lindsay Huthnance*