# EXHIBIT 3

## Skinner, Jeffrey D

**From:** Glover, Eric (OAG) [eric.glover@dc.gov]
**Sent:** Friday, October 08, 2010 3:48 PM
**To:** Skinner, Jeffrey D; Jefferson, Dwayne C. (OAG); Oxendine, Patricia (OAG)
**Cc:** Moustakas, John
**Subject:** RE: Huthnance -- 2007 OPC Annual Report

Jeff,

Please be advised that the District does not consent to your amending of the JPTS to include the 2007 OPC Annual Report on the grounds of relevance, hearsay and as the report is a subsequent remedial investigation.


**Eric S. Glover**
Assistant Attorney General
General Litigation Division, Section IV
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W. - Suite 600 North
Washington, D.C. 20001
Office: (202) 442-9754
Fax: (202) 741-8939
eric.glover@dc.gov

**From:** Skinner, Jeffrey D [mailto:JSkinner@goodwinprocter.com]
**Sent:** Friday, October 08, 2010 12:12 PM
**To:** Glover, Eric (OAG); Jefferson, Dwayne C. (OAG); Oxendine, Patricia (OAG)
**Cc:** Moustakas, John
**Subject:** Huthnance -- 2007 OPC Annual Report

Counsel,

Attached please find a copy of the OPC's 2007 Annual Report. I refer your attention to page 44, which discusses the 2003 CCRB Report on disorderly conduct arrests. Obviously, this document is responsive to Plaintiff's discovery requests (to which Defendants produced the 2003-2006 OPC annual reports), but Defendants failed to produce it during discovery. Plaintiff relied on Defendants' representations that they had complied with their discovery obligations and produced all responsive documents, and as a result was not aware of the existence of the 2007 Annual Report when she submitted her exhibit list as part of the Joint Pretrial Statement.

Accordingly, Plaintiff will move to amend the Joint Pretrial Statement/Pretrial Order to add this document to her exhibit list. Please advise whether you consent (or will not oppose) this motion, and if you intend to oppose, please provide your reasons for doing so.

Thanks,

Jeff

<<2007 OPC Annual Report.pdf>>
**Jeffrey D. Skinner**

10/12/2010

Goodwin | Procter LLP
901 New York Avenue, NW
Washington, DC 20001

Tel: 202-346-4205
Fax: 202-346-4444
email: jskinner@goodwinprocter.com

****************************************************************

**IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**
****************************************************************
****************************************************************

**This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.**
****************************************************************