UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINDSAY HUTHNANCE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:06-CV-001871 (RCL) (JMF) |
| | : | Jury Trial:     11/15/2010 |
| DISTRICT OF COLUMBIA, *et. al.* | : | |
| | : | |
| Defendants | : | |
| | : | |

PRAECIPE REGARDING COURT ORDER
PERMITTING PLAINTIFF TO SUBSTITUTE
PHILIP K. EURE FOR FIVE CIVILIAN CCRB WITNESSES
IDENTIFIED IN THE JOINT PRE-TRIAL STATEMENT

The District of Columbia ("the District"), by and through the undersigned, hereby notifies this Honorable Court that it has informed Philip K. Eure, Executive Director of the District of Columbia Office of Police Complaints, that the Court allowed Plaintiff Lindsey Huthnance to call him as a witness during the trial that is scheduled to commence on November 15, 2010, in lieu of the five (5) civilian Citizens Complaint Review Board ("CCRB") members Plaintiff identified as potential witnesses in the Joint Pre-Trial Statement [Docket # 121 at pp. 12–13].  The District sought to meet with Mr. Eure regarding his expected testimony, but Mr. Eure prefers not to meet with the parties independently and, instead, prefers to meet jointly with the parties.  By electronic mail dated October 29, 2010, the District notified Plaintiff of Mr. Eure's position and is in the process of coordinating the meeting with the parties and Mr. Eure.

The District files this notice in light of Plaintiff's oral request at the October 27, 2010 Pre-Trial Conference for an instruction that the District not impede her ability to meet with Mr. Eure.

> Respectfully Submitted,
>
> PETER J. NICKLES
> Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General, Civil Litigation Division
>
> PATRICIA A. OXENDINE [428132]
> Chief, General Litigation Sec. IV
>
> ___/s/ Dwayne C. Jefferson_____
> DWAYNE C. JEFFERSON [980813]
> Assistant Attorney General
> One Judiciary Square
> 441 4th St., N.W., 6th Floor South
> Washington, D.C. 20001
> (202) 724-6649; (202) 727-6295; (202) 741-0554 fax
> dwayne.jefferson@dc.gov