UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY HUTHNANCE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:06-CV-001871 (RCL)(JMF) |
| : | Jury Trial:      03/07/2011 |
| DISTRICT OF COLUMBIA, *et. al.* : | |
| : | |
| Defendants : | |
| : | |

THE DISTRICT OF COLUMBIA'S
NOTICE OF FILING REGARDING DIRECTOR PHILIP K. EURE

On November 19, 2010, the parties participated in a telephone conference. Plaintiff counsel represented that — while he is available *to depose* Office of Police Complaints Director Philip K. Eure on Monday, November 22, 2010 — he is unavailable on that same date to jointly meet with Director Eure. According to this Honorable Court's November 18, 2010 Order [Docket # 195 at p.8], the District has until Saturday, November 20, 2010 to set up a meeting between Plaintiff and Director Eure. Because November 20, 2010 falls on a Saturday, the District has until Monday, November 22, 2010 to meet the Court's prescribed deadline. Plaintiff's refusal to jointly meet with Director Eure violates the letter and spirit of this Court's November 18, 2010 Order, and further demonstrates that Plaintiff is operating in bad faith by not cooperating with the District in scheduling / participating in the joint meeting.[1]

                      Respectfully Submitted,

                      PETER J. NICKLES
                      Attorney General for the District of Columbia

---

[1] Plaintiff counsel was unavailable to meet jointly with Director Eure during the week beginning November 15, 2010. Therefore, even had the District offered to meet with Mr. Eure this week, Plaintiff would not have been able to do so.

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

          /s/  Patricia A. Oxendine
        PATRICIA A. OXENDINE [428132]
        Chief, General Litigation Sec. IV

          /s/ Dwayne C. Jefferson
        DWAYNE C. JEFFERSON [980813]
        Assistant Attorney General
        One Judiciary Square
        441 4th St., N.W., 6th Floor South
        Washington, D.C. 20001
        (202) 724-6649; (202) 727-6295 ph; (202) 741-0554 fax
        dwayne.jefferson@dc.gov