IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY HUTHNANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-cv-1871 (RCL) (JMF) |
| ) | Trial:  March 7, 2011 |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## PLAINTIFF'S NOTICE REGARDING DEPOSITION OF PHILIP K. EURE

In her Opposition to the District's Emergency Motion to Enlarge Time filed on Friday, November 19, 2010, Plaintiff indicated that she had noticed Mr. Eure's deposition for Tuesday, November 23, 2010.[1]  Asking the District to provide notice to Mr. Eure, Plaintiff provided a copy of the subpoena, an accompanying cover letter, and notice of deposition to the District's lawyers (who Mr. Eure has repeatedly asserted represent him) on Thursday, November 18, 2010, and, at the direction of Mr. Eure's staff, unsuccessfully attempted to serve those same papers on the Office of the Attorney General on Friday, November 19, 2010.  However, as of the time Plaintiff filed her Opposition, service of the deposition subpoena on Mr. Eure had not yet been effected, despite diligent efforts.[2]

---

[1]  Because Mr. Eure did not avail himself of the alternative date of November 22, 2010, for his deposition before now, that date is no longer available.  Plaintiff can still accommodate an alternative time on Tuesday, November 23, 2010, or the alternative date of Wednesday, November 24, 2010 (beginning no later than noon).

[2]  In addition to the two attempts documented in Plaintiff's Opposition (at 5) to serve Mr. Eure at his office during normal business hours on November 18 and 19 (and the OAG's refusal to accept service on Mr. Eure's behalf), process servers unsuccessfully attempted to serve him at his home on the night of Friday, November 19, 2010, and on the morning of Saturday, November 20, 2010.

- 2 -

     Plaintiff submits this notice to inform the Court that, at approximately 4:20 p.m. on Saturday, November 20, 2010, Mr. Eure was served with a subpoena for his deposition noticed for Tuesday, November 23, 2010.  *See* Ex. 1.

                              Respectfully submitted,

DATED:  November 22, 2010

                              **/s/ Jeffrey D. Skinner**
                              John Moustakas (DC Bar # 422076)
                              jmoustakas@goodwinprocter.com
                              Jeffrey D. Skinner (DC Bar # 494808)
                              jskinner@goodwinprocter.com
                              Goodwin|Procter LLP
                              901 New York Avenue, NW
                              Washington, DC 20001
                              Tel:    (202) 346-4000
                              Fax:   (202) 346-4444

                              Arthur B. Spitzer (DC Bar #235960)
                              Frederick V. Mulhauser (DC Bar # 455377)
                              American Civil Liberties Union
                              of the National Capital Area
                              1400 20th Street, NW, Suite 119
                              Washington, DC 20036
                              Tel:    (202) 457-0800
                              Fax:   (202) 452-1868

                              *Attorneys for Plaintiff Lindsay Huthnance*