# EXHIBIT 1

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lindsay Huthnance                                    )
                                                     )
                                                     )
                                                     )
                        Plaintiff                    )
                                                     )   Case No.: 06-cv-1871 (RCL)
                                                     )
            v.                                       )
                                                     )
District of Columbia, et al.                         )
                                                     )
                                                     )
                                                     )
                        Defendant                    )

## AFFIDAVIT OF SERVICE

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Letter dated November 18, 2010; Deposition Subpoena; Notice of Deposition of Philip K. Eure; and Witness fee check in the amount of $41.00

SERVE TO: Philip K. Eure
SERVICE ADDRESS: 1305 C Street, NE, Washington, DC 20002

DATE SERVED: November 20, 2010   TIME SERVED: 4:12 PM

PERSON SERVED: Philip K. Eure, personally

Described herein:
Gender: Male    Race/Skin: Black    Hair: Bald    Age: 49    Height: 5'8"    Weight: 160

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

11-22-10
Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 10-049839                                        Client Reference: 099997-162958
CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050