| Exhibit No. | Description | Marked for Identification | Received | |
|---|---|---|---|---|
| PX001 | PD-163 Arrest/Prosecution Report for Lindsay Pierce Smith | 3/7/11 | 3/7/11 | Lindsay Ituthanene |
| PX002 | PD-168 Court Case Review Form for Lindsay Pierce Smith | | | |
| PX003 | PD-67 Collateral/Bond Receipt for Lindsay Pierce Smith | 3/7/11 | 3/7/11 | L.H |
| PX004 | Report and Recommendations of the Citizen Complaint Review Board, Disorderly Conduct Arrests Made By Metropolitan Police Department Officers | 3/8/11 | 3/8/11 | P.E |
| PX005 | D.C. Criminal Code Handout | | | |
| PX006 | Training Bulletin 92-1-A, Enforcement of the Disorderly Conduct Statutes | 3/10/11 | 3/10/11 | TJL |
| A | PX006: Training Bulletin 92-1-A, Enforcement of the Disorderly Conduct Statutes- Complete Pages | | | |
| PX007 | Special Order 92-9-A, Enforcement of the Incommoding. and Failure to Move On Sections of D.C. Code § 22-1107, 1121(2) | 3/10/11 | 3/10/11 | TJL |
| PX008 | Office of Citizen Complaint Review, Annual Report: Fiscal Year 2003 | | | |
| PX009 | Office of Police Complaints, Annual Report: Fiscal Year 2004 | 3/8/11 | 3/8/11 | P.E |
| PX010 | Office of Police Complaints, Annual Report: Fiscal Year 2005 | 3/8/11 | 3/8/11 | P.E |
| PX011 | Office of Police Complaints, Annual Report: Fiscal Year 2006 | 3/8/11 | 3/8/11 | P.E |
| PX012 | Special Order 84-34-A, Disorderly Conduct Arrests | 3/10/11 | 3/10/11 | TJL |

| | | | |
|---|---|---|---|
| PX013 | Special Order 06-03, .Records Retention and Evidence Preservation (Millicent Allewelt Act of 2004) | | |
| PX014 | Special Order 79-80, Records Disposition and Retention Schedule Number 2J, 2nd Edition | | |
| PX015 | General Order 502-06, Citation Release Program | | |
| PX016 | General Order 308-02, Nuisances, Incidentals, Defects and PD Form 61D (Violation Citation) | | |
| PX017 | Standard Operating Procedures, PD Form 61D (Violation Citation) | | |
| PX018 | Special Order 02-06-A, Citation Release Processing | | |
| PX019 | General Order 501.03, Handling Intoxicated Persons | | |
| PX020 | Patrolman Basic Skills Checklist | | |
| PX021 | Field Training Handbook | | |
| PX022 | Personnel file for Liliana Acebal | | |
| PX023 | Personnel file for James Antonio | | |
| PX024 | Personnel file for Jose Morales | | |
| PX025 | General Order 503-03, List of Bonds and Collateral Applicable in the Superior Court of the District of Columbia | | |
| PX026 | Standard Operating Procedures, Booking Team Procedures | | |
| PX027 | Special Order 03-10-A, Papering Reform | | |
| PX028 | Special Order 04-05-B, The Lively Standard | | |
| PX029 | Roll Call Training Module, Citation Release Program | | |

| PX030 | Employee Class History, Liliana Acebal | | |
|---|---|---|---|
| PX031 | Employee Class History, James Antonio | | |
| PX032 | Employee Class History, Jose Morales | | |
| PX033 | D.C. Code Part I Lesson Plan | | |
| PX034 | D.C. Code Criminal Law, Part I and II Handout | | |
| PX035 | Handout Disorderly Conduct | 3/10/11 | 3/10/11 |
| PX036 | D.C. Code Part I Lesson Plan | | |
| PX037 | Disorderly Conduct Test Questions | 3/11/11 | 3/11/11 |
| PX038 | Roll Call Training Module, Disturbances of the Public Peace: Lewd, Indecent, or Obscene Acts | 3/10/11 | 3/10/11 |
| PX039 | PowerPoint Presentation on Disorderly Conduct | 3/10/11 | 3/10/11 |
| PX040 | Declaration of Richard Hardy | | |
| PX041 | Declaration of Richard Ehrlich | | |
| PX042 | Defendant District of Columbia's Responses to Plaintiffs [*sic*] First Set of Interrogatories | | |
| PX043 | Defendant District of Columbia's Amended and Supplemental Responses to Plaintiff's First Set of Interrogatories | 3/11/11 | 3/11/11 |
| PX044 | Defendant District of Columbia's Response to Plaintiff's First Set of Admissions | 3/10/11 | 3/10/11 |
| PX045 | District of Columbia [*sic*] to Responses to Plaintiff' Second Amended Request for Admissions | | |
| PX046 | Defendant District of Columbia [*sic*] Responses to Plaintiffs [*sic*] First Set of Request [*sic*] for Production of Documents | | |
| PX047 | Defendant District of Columbia' Amended and Supplemental Responses to Plaintiff's First Set of Request [*sic*] for Production of Documents    *P. 2* | 3/11/11 | 3/11/11 |

TJL

TJL

TJL

LA

3

| | | | |
|---|---|---|---|
| PX048 | Defendant District of Columbia' Second Amended and Supplemental Responses to Plaintiff's First Set of Request [*sic*] for Production of Documents | | |
| PX049 | Defendant District of Columbia's Third Amended and Supplemental Responses to Plaintiff's First Set of Request [*sic*] for Production of Documents | 3/11/11 | 3/11/11 |
| PX050 | Defendant District of Columbia's Fourth Amended and Supplemental Responses to Plaintiff's First Set of Request [*sic*] for Production of Documents | 3/23/11 | 3/23/11 |
| PX051 | Defendant District of Columbia's Fifth Amended and Supplemental Responses to Plaintiff's First Set of Request [*sic*] for Production of Documents | | |
| PX052 | Defendant District of Columbia's Sixth Amended and Supplemental Responses to Plaintiff's First Set of Request [*sic*] for Production of Documents | | |
| PX053 | Defendant District of Columbia [*sic*] Responses to Plaintiffs [*sic*] Second Amended Set of Request [*sic*] for Production of Documents | | |
| PX054 | Defendant District of Columbia's Response to Plaintiff's Third Set of Requests for Production of Documents to Defendant District of Columbia | | |
| PX055-1 | PD-163 Arrest/Prosecution Report No. 030505844 for Disorderly Conduct | | |
| PX055-2 | PD-163 Arrest/Prosecution Report No. 060501770 for Disorderly Conduct | | |
| PX055-3 | PD-163 Arrest/Prosecution Report No. 070501127 for Disorderly Conduct | 3/10/11 | 3/10/11 |
| PX055-4 | PD-163 Arrest/Prosecution Report No. 070504596 for Disorderly Conduct | | |
| PX055-5 | PD-163 Arrest/Prosecution Report No. 070500963 for Disorderly Conduct | | |
| PX055-6 | PD-163 Arrest/Prosecution Report No. 010505439 for Disorderly Conduct | | |

| PX055-7 | PD-163 Arrest/Prosecution Report No. 0105001136 for Disorderly Conduct | | |
|---|---|---|---|
| PX055-8 | PD-163 Arrest/Prosecution Report No. 030505995 for Disorderly Conduct | | |
| PX055-9 | PD-163 Arrest/Prosecution Report No. 070504742 for Disorderly Conduct | | |
| PX055-10 | PD-163 Arrest/Prosecution Report No. 060503035 for Disorderly Conduct | | |
| PX055-11 | PD-163 Arrest/Prosecution Report No. 010500292 for Disorderly Conduct | | |
| PX055-12 | PD-163 Arrest/Prosecution Report No. 030501278 for Disorderly Conduct | | |
| PX055-13 | PD-163 Arrest/Prosecution Report No. 07051390 for Disorderly Conduct | | |
| PX055-14 | PD-163 Arrest/Prosecution Report No. 010501554for Disorderly Conduct | | |
| PX055-15 | PD-163 Arrest/Prosecution Report No. 030503927 for Disorderly Conduct | | |
| PX055-16 | PD-163 Arrest/Prosecution Report No. 070501673 for Disorderly Conduct | | |
| PX055-17 | PD-163 Arrest/Prosecution Report No. 010502417 for Disorderly Conduct | | |
| PX055-18 | PD-163 Arrest/Prosecution Report No. 030502979 for Disorderly Conduct | | |
| PX055-19 | PD-163 Arrest/Prosecution Report No. 060500396 for Disorderly Conduct | | |
| PX055-20 | PD-163 Arrest/Prosecution Report No. 070501281 for Disorderly Conduct | | |
| PX055-21 | PD-163 Arrest/Prosecution Report No. 030408077 for Disorderly Conduct | | |
| PX055-22 | PD-163 Arrest/Prosecution Report No. 030502959 for Disorderly Conduct | | |
| PX055-23 | PD-163 Arrest/Prosecution Report No. 030501149 for Disorderly Conduct | | |
| PX055-24 | PD-163 Arrest/Prosecution Report No. 030502561 for Disorderly Conduct | 3/10/11 | 3/10/11 |
| PX055-25 | PD-163 Arrest/Prosecution Report No. 030503931 for Disorderly Conduct | | |
| PX055-26 | PD-163 Arrest/Prosecution Report No. 050404965 for Disorderly Conduct | | |
| PX055-27 | PD-163 Arrest/Prosecution Report No. 060502802 for Disorderly Conduct | | |
| PX055- | PD-163 Arrest/Prosecution Report No. | | |

JTL

| 28 | 010503173 for Disorderly Conduct | | |
| PX055-29 | PD-163 Arrest/Prosecution Report No. 050502569 for Disorderly Conduct | | |
| PX055-30 | PD-163 Arrest/Prosecution Report No. 060602485 for Disorderly Conduct | | |
| PX055-31 | PD-163 Arrest/Prosecution Report No. 030503728 for Disorderly Conduct | | |
| PX055-32 | PD-163 Arrest/Prosecution Report No. 030503714 for Disorderly Conduct | | |
| PX055-33 | PD-163 Arrest/Prosecution Report No. 010502834 for Disorderly Conduct | | |
| PX055-34 | PD-163 Arrest/Prosecution Report No. 030503564 for Disorderly Conduct | | |
| PX055-35 | PD-163 Arrest/Prosecution Report No. 050502307 for Disorderly Conduct | | |
| PX055-36 | PD-163 Arrest/Prosecution Report No. 010502551 for Disorderly Conduct | | |
| PX055-37 | PD-163 Arrest/Prosecution Report No. 010502762 for Disorderly Conduct | | |
| PX055-38 | PD-163 Arrest/Prosecution Report No. 030504250 for Disorderly Conduct | | |
| PX055-39 | PD-163 Arrest/Prosecution Report No. 060502316 for Disorderly Conduct | 3/10/11 | 3/10/11 |
| PX055-40 | PD-163 Arrest/Prosecution Report No. 060502290 for Disorderly Conduct | 3/11/11 | 3/11/11 |
| PX055-41 | PD-163 Arrest/Prosecution Report No. 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 for Disorderly Conduct | | |
| PX055-42 | PD-163 Arrest/Prosecution Report No. 040501913 for Disorderly Conduct | | |
| PX055-43 | PD-163 Arrest/Prosecution Report No. 060502096 for Disorderly Conduct | | |
| PX055-44 | PD-163 Arrest/Prosecution Report No. 03050-03033 for Disorderly Conduct | | |
| PX055-45 | PD-163 Arrest/Prosecution Report No. 030503032 for Disorderly Conduct | | |
| PX055-46 | PD-163 Arrest/Prosecution Report No. 010502449 for Disorderly Conduct | | |
| PX055-47 | PD-163 Arrest/Prosecution Report No. 060503382 for Disorderly Conduct | 3/10/11 | 3/10/11 |
| PX055-48 | PD-163 Arrest/Prosecution Report No. 2D 020501138 for Disorderly Conduct | | |
| PX055-49 | PD-163 Arrest/Prosecution Report No. 010504774 for Disorderly Conduct | | |
| PX055-50 | PD-163 Arrest/Prosecution Report No. 030408157 for Disorderly Conduct | | |
| PX055- | PD-163 Arrest/Prosecution Report No. | | |

| | | | | |
|---|---|---|---|---|
| 51 | 010504873 for Disorderly Conduct | | | |
| PX055-52 | PD-163 Arrest/Prosecution Report No. 030500284 for Disorderly Conduct | | | |
| PX055-53 | PD-163 Arrest/Prosecution Report No. 010500723 for Disorderly Conduct | | | |
| PX056-1 | Duties and Responsibilities of Sworn Officials | | | |
| PX056-2 | Police-Citizens Contact, Stops and Frisks | | | |
| PX056-3 | MPD General Order Use of the Detention Journal | 3/9/11 | 3/9/11 | LtRN. |
| PX056-4 | Duties, Responsibilities and Conduct of Members of the Department | 3/11/11 | 3/11/11 | |
| PX056-5 | MPD General Order Roll Call Training | | | |
| PX056-6 | General Order Prosecution Report (PD Form 163) | 3/14/11 | 3/14/11 | JA |
| PX057 | Office of Police Complaints: Annual Report, Fiscal Year 2007 | 3/8/11 | 3/8/11 | PE |
| PX058 | A Portion of SGT Ehrlich's Deposition (Reading only) | 3/11/11 | | TJL |
| PX 100 | Redacted Portion of James Antonio Deposition | 3/11/11 | 3/11/11 | JA |
| PX 101 | Excerpts of Tonyumn Lee Deposition | | 3/21/11 | |
| PX 102 | Trial Transcript 1st day | 3/21/11 | | GPG |
| PX 103 | Trial Transcript 2nd day | 3/21/11 | | GPG |
| PX 104 | Testimony of Richard Ehrlich 2009 Deposition of the Adler | 3/21/11 | 3/21/11 | GPG |
| PX 105 | Copy of Dr. Ginger Report | 3/22/11 | 3/22/11 | GPG |
| PX 106 | A Copy of Broken window & Police Discretion. | 3/22/11 | 3/22/11 | |
| PX 107 | Statute | 3/23/11 | 3/23/11 | |
| PX 50 | Deft. DC. 4th Amend. | | | |

LINDSAY HUTHNANCE

VS.

DISTRICT OF COLUMBIA ET AL

Civil/Criminal No. 06-1871

Court ☐
Joint ☐
Government ☐
Plaintiff ☑
Defendant ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Demons #1 | Seven eleven 711 store, and surrounding area. | 3/7/11 | | Lindsay Huthnance | |
| Demons #2 | Mt. Pleasant street stores and apartment Buildings | 3/7/11 | | Lindsay Huthnance | |
| Demons #3 | Mt Pleasant street Five 7-11 store 5:00 | 3/7/11 | | Lindsay Huthnance | |
| Demons #4 | 711 Pleasant street with a guy left of the door to 711 | 3/7/11 | | Lindsay Huthnance | |
| 2 | PD-163 Arrest/Prosecution Report For Lindsay Piece Smith | 3/7/11 | 3/7/11 | Lindsay Huthnance | |
| Demons #5 | Listing of Arrest Time line | 3/7/11 | | Lindsay Huthnance | |
| 3 | PD-67 Collateral/Bond Receipt For Lindsay Piece Smith | 3/7/11 | 3/7/11 | Lindsay Huthnance | |
| | Judicial notice | 3/5/11 | Judicial notice 3/8/11 | Philip Eure | |
| 4 | Report Recommendations of the citizen complaint Review officials Disorderly Conduct Arrest make... | 3/8/11 | 3/8/11 | Philip Eure | |
| 9 | office of Police complaint Annual Report, Fiscal Year 2009 | 3/8/11 | 3/8/11 | Philip Eure. | |

LINDSAY HUTHNANCE
VS.
DISTRICT OF COLUMBIA ET AL

Civil/Criminal No. 06-1871

Government ☐
Plaintiff ✓
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 10 | Office of Police Complaints, Annual Report-Fiscal Year 2005 | 3/8/11 | 3/8/11 | Philip Eure | |
| 11 | Office of Police Complaints. Annual Report, Fiscal Year 2006. | 3/8/11 | 3/8/11 | Philip Eure | |
| 57 | Office of Police Complaints: Annual Report Fiscal Year 2007 | 3/8/11 | 3/8/11 | Philip Eure | |
| | | | | | |
| 1321 | Judicial notice: disorderly conduct. | 3/5/11 | Judicial notice 3/5/11 | Lt. Ralph A Neal | |
| 56-3 | MPD General Order Use of the Detention Journal | 3/5/11 | 3/5/11 | Lt. Ralph A Neal. | |
| 12 | Special Order 04-34-A, Disorderly Conduct Arrest | 3/10/11 | 3/10/11 | Timothy John Longo | |
| 6 | Training Bulletin 92-1-A, Enforcement of the Disorderly Conduct statutes | 3/10/11 | 3/10/11 | Timothy John Longo. | |
| 4/4 | Defendant District of Columbia's Response to Plaintiff's First Set of Admission | 3/10/11 | 3/10/11 | Timothy John Longo. | |
| 7 | Special Order 92-9A Enforcement of the Disorderly and Failure to move on sections of DC Code :22-1107, 1121(2) | 3/10/11 | 3/10/11 | Timothy John Longo. | |

Government
Plaintiff ✓
Defendant
Joint
Court

LINDSAY HUTHNANCE

VS.

DISTRICT OF COLUMBIA ET AL

Civil/Criminal No. 06-1871

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 55-3 | PD-163 Arrest/Prosecution Report No. 070501127 for Disorderly Conduct | 3/10/11 | 3/10/11 | Timothy John Longo | |
| 55-38 | PD-163 Arrest/Prosecution Report No. 060502316 for Disorderly Conduct | 3/10/11 | 3/10/11 | Timothy John Longo | |
| 55-24 | PD-163 Arrest/Prosecution Report's CUSU505791 for Disorderly Conduct | 3/10/11 | 3/10/11 | Timothy John Longo | |
| 55-47 | PD-163 Arrest/Prosecution Report No. 060073592 for Disorderly Conduct | 3/10/11 | 3/10/11 | Timothy John Longo | |
| 35 | Handout Disorderly Conduct | 3/10/11 | 3/10/11 | Timothy John Longo | |
| 38 | Roll Call Training modules Disturbances of the Public Peace (Law, Indecent, or Obscene Acts | 3/10/11 | 3/10/11 | Timothy John Longo | |
| 39 | Power Point Presentation on Disorderly Conduct | 3/10/11 | 3/10/11 | Timothy John Longo | |
| 49 | Defendant D.C.'s Objections and Supplemental Responses to Plaintiff First Set of Requests for Production of Documents | 3/11/11 | 3/11/11 | Timothy John Longo | |
| 5✓ | A. Dorson of SGT. Ehrlich's Deposition (Cooley only) | 3/11/11 | | Timothy John Longo | |
| 37 | Disorderly Conduct Test Question | 3/11/11 | | | |

TJL

Government
Plaintiff
Defendant ☑
Joint
Court

☐☐☐☐☐

LINDSAY HUTHNANCE

VS.

DISTRICT OF COLUMBIA ET AL

Civil/Criminal No.  06-1871

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5C-61 | Portion, Responsibilities and Conduct of members of the Department | 3/11/11 | 3/11/11 | | |
| 43 | December District of Columbia's Amended and Supplement Responses to Plaintiff's First Set of Interrogatories | 7/11/11 | 3/11/11 | | |
| 55-40 | PD-163 Arrest/Prosecution Report no. 06050 2250 for Disorderly Conduct | 3/11/11 | 3/11/11 | James Antonio | |
| 5C-6 | General Order Prosecution Report (PD Form 163) | 3/14/11 | 3/14/11 | James Antonio | |
| 100 | Redacted Portion of James Antonio Deposition | 3/14/11 | 3/14/11 | James Antonio | |
| 47 | P.2. Plt. 154 set of Request for Produce of Documents | 3/14/11 | 3/14/11 | Liliana Mehul | |
| 101 | Excerpts Tonyacue Lee Deposition | 3/21/11 | | G. Patrick Gallagher | |
| 102 | Total Transcript | 3/21/11 | | G. Patrick Gallagher | |
| 103 | Total Transcript 2nd day | 3/21/11 | | G. Patrick Gallagher | |
| 104 | Testimony of Richard Ehrlich Deposition (Pg 247) Addl to Richard Ehrlich | 3/21/11 | 3/21/11 | G. Patrick Gallagher | |

LINDSAY HUTHNANCE

VS.

DISTRICT OF COLUMBIA ET AL

Civil/Criminal No. ___06-1871___

| | Government | Plaintiff ☑ | Defendant | Joint | Court |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 105 | Copy of Dr. Gingrei Report | 3/22/11 | 2/23/11 | G. Patrick Gallagher | |
| 106 | a copy of Bruder Window + Police Discretion | 3/22/11 | 3/23/11 | " | |
| 117 | Statute | 3/23/11 | 3/23/11 | " | |
| 50 | Defendant DC's Fourth Amended and Supplemental Responses to Pltf's 1st Set of Requests for Production of Documents | 3/23/11 | 3/23/11 | " | |

3/24/2011

LINDSAY HUTHNANCE

VS.

Civil/Criminal No. 06-1871

DISTRICT OF COLUMBIA ET AL

Government
Plaintiff
Defendant ✓
Joint
Court ☐ ☐ ☐ ☐ ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | Amendment objections to the Plaintiffs Interrogatories P#6 | 3/7/11 | | Lindsay Huthannce | |
| | Deposition of Lindsay Huthnance p#14 | 3/7/11 | | " | |
| | Resume for Timothy John Longo | 3/10/11 | | " | |
| Judicial notice | Virginia Statute Section 18.2:415 | 3/10/11 | | Timothy John Longo | |
| 8 | Standard Operating Procedures | 3/10/11 | | " | |
| 8 | PD Form 610 (violation citation) | 3/14/11 | 3/14/11 | James Antonio | |
| 9 | Office of Police Complaint Annual Report Fiscal Year 2009 | 3/16/11 | 3/16/11 | G. Patrick Gallagher | |
| 4 | A Video on disorderly conduct | 3/16/11 | 3/16/11 | " " " | |
| 10 | D.C. Code Part I Lesson Plan | 3/16/11 | 3/16/11 | " " | |
| 11 | Disorderly Conduct Test Question | 3/16/11 | 3/16/11 | " " | |
| 3 | D.C. Criminal Code Handout | 3/16/11 | 3/16/11 | " " | |

LINDSAY HUTHNANCE

VS.

DISTRICT OF COLUMBIA ET AL

Civil/Criminal No. _06-1871_

| | | | | |
|---|---|---|---|---|
| Government | | | | |
| Plaintiff | ☐ | | | |
| Defendant | ☑ | | | |
| Joint | | | | |
| Court | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 12 | D.C. Code Criminal Law Part I and II Handout | 3/16/11 | 3/16/11 | G. Patrick Gallagher | |
| 13 | D.C. Code Part II Lesson Plan | 3/16/11 | 3/16/11 | " " | |
| 14 | special order 07-06 a Starck Evolution | 3/21/11 | | " " | |
| 29 | Roll Call training module Citation Release Program | 3/21/11 | | G Patrick Gallagher | |
| Judicial Notice | Statute 16-704, Bail Collateral Security | 3/22/11 | 3/23/11 | | |
| 14 | Daily Washington Law Reporter | 3/22/11 | 3/22/11 | " " | |
| 15 | Excerpt of Plaintiff Exhibits No. 3 (redacted) | 3/22/11 | 3/22/11 | " " | |
| 16 | Demonstrative #1 | 3/22/11 | 3/22/11 | " " | |

(signature) DWAYNE C. JEFFERSON   03/24/2011