FILED
MAR 3 0 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDSAY HUTHNANCE,              )
                                )
           Plaintiff,           )
                                )
v.                              )   No. 06-cv-1871 (RCL) (JMF)
                                )
DISTRICT OF COLUMBIA, et al.,   )
                                )
           Defendants.          )
_____)

## ORDER

Upon the verdict duly rendered by a jury on March 25, 2011, determining that the Metropolitan Police Department officers who arrested Lindsay Huthnance (born Lindsay Pierce Smith) on the night of November 15, 2005 (or early morning hours of November 16, 2005) lacked probable cause to do so and that their decision to arrest was substantially motivated by Ms. Huthnance's exercise her First Amendment rights and substantially caused by the District of Columbia's failure to adequately train and/or supervise its officers' disorderly conduct arrests, and Lindsay Huthnance's request for equitable relief in the form of expungement of all records of her arrest, it is hereby:

ORDERED that the arrest of Lindsay Huthnance on November 15, 2005 (or in the early morning hours of November 16, 2005) in the District of Columbia is hereby declared null and void.

It is FURTHER ORDERED that the request for expungement of Ms. Huthnance's arrest records is GRANTED. The District of Columbia will expunge all records in the possession of its Executive Branch (including all records in the possession of the Metropolitan Police Department and the Office of the Attorney General for the District of Columbia) pertaining to the arrest of

Ms. Huthnance on November 15 or 16, 2005. The District of Columbia is ordered to complete such action within forty-five (45) days of the filing of this Order.

It is FURTHER ORDERED that in the process of expungement of the arrest records of Ms. Huthnance the District of Columbia will, within forty-five (45) days, request the expungement of all records in the possession of the United States Government (including but not limited to the Federal Bureau of Investigation and the Department of Homeland Security) and any other state or local government pertaining to the arrest of Ms. Huthnance on November 15 or 16, 2005, and will employ best efforts to procure the same.

The District of Columbia will either (1) procure the expungement or delivery to Plaintiff's counsel of all records in the possession of the United States government (including, but not limited to the Federal Bureau of Investigation and the Department of Homeland Security) and any other state and local government pertaining to the arrest on November 15 or 16, 2005; or (2) if the District is unable (in whole or in part) to procure this relief, inform Ms. Huthnance in writing of the specific steps, and the results thereof, taken by the District in an effort to procure it.

It is FURTHER ORDERED that Ms. Huthnance is authorized to deny the occurrence of her arrest that night without being subject to any penalty of perjury, fraud, or other offense premised upon misrepresentation or deception in response to any query, whether posed orally or in writing.

In accordance with the Law of the District of Columbia, *see* D.C. Code § 16-802, the effect of this relief "shall be to restore [Ms. Huthnance], in the contemplation of the law, to the status ... she occupied before being arrested or charged. No person as to whom such relief has been granted shall be held thereafter under any provision of law to be guilty of perjury or

otherwise giving a false statement by reason of failure to recite or acknowledge his or her arrest, or charges, or trial in response to any inquiry made of him or her for any purpose." The Court shall retain jurisdiction of this case for the purposes of enforcing the rights of Ms. Huthnance under this paragraph.

It is FURTHER ORDERED and authorized that plaintiff's counsel shall file with the Clerk of Court, under seal, a paper copy of a draft order for Ms. Huthnance, bearing the case caption and stating as follows:

### ORDER

The arrest of LINDSAY HUTHNANCE [date of birth, and social security number] on November 15 or 16, 2005, in the District of Columbia is hereby declared null and void.

Ms. Huthnance is authorized to deny the occurrence of her arrest that night without being subject to any penalty of perjury, fraud, or other offense premised upon misrepresentation or deception in response to any query, whether posed orally or in writing.

In accordance with the Law of the District of Columbia, see D.C. Code § 16-802, the effect of this relief "shall be to restore [Ms. Huthnance], in the contemplation of the law, to the status . . . she occupied before being arrested or charged. No person as to whom such relief has been granted shall be held thereafter under any provision of law to be guilty of perjury or otherwise giving a false statement by reason of failure to recite or acknowledge his or her arrest, or charges, or trial in response to any inquiry made of him or her for any purpose." The Court shall retain jurisdiction of this case for the purposes of enforcing the rights of Ms. Huthnance under this paragraph.

[date of submission]

SO ORDERED
CHIEF JUDGE ROYCE C. LAMBERTH
United States District Judge

When signed, the Clerk will file the orders under seal, and mail a certified copy to plaintiff's counsel.

SO ORDERED this  29th  day of March, 2011:

*Royce C. Lamberth*

CHIEF JUDGE ROYCE C. LAMBERTH
United States District Judge