**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSAY HUTHNANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-cv-1871 (RCL) (JMF) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

A judgment was entered in this action on March 31, 2011, in favor of Plaintiff Lindsay Huthnance, and against Defendants District of Columbia, Liliana Acebal, and James Antonio, in the amount of $97,500 ("Judgment"). Plaintiff hereby acknowledges full and complete satisfaction of the Judgment with interest.

Respectfully submitted,

DATED: October 2, 2013

   /s/  John Moustakas
John Moustakas (DC Bar # 422076)
jmoustakas@goodwinprocter.com
Jeffrey D. Skinner (DC Bar # 494808)
jskinner@goodwinprocter.com
Andrew S. Hudson (DC Bar # 996294)
ahudson@goodwinprocter.com
Goodwin|Procter LLP
901 New York Avenue, NW
Washington, DC 20001
Tel:    (202) 346-4000
Fax:   (202) 346-4444

Arthur B. Spitzer (DC Bar #235960)
Frederick V. Mulhauser (DC Bar # 455377)
American Civil Liberties Union
  of the Nation's Capital
4301 Connecticut Avenue, NW, Suite 434
Washington, DC 20008
Tel:   (202) 457-0800
Fax:   (202) 457-0805

*Attorneys for Plaintiff Lindsay Huthnance*

## **CERTIFICATE OF SERVICE**

      I, John Moustakas, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on October 2, 2013.

                                            /s/ John Moustakas